# USPS Tracking®

FAQs >

**Tracking Number:**

# 70210950000121445610

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 4:53 am on June 12, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20530
June 12, 2023, 4:53 am

### Available for Pickup
GOVERNMENT MAILS ANNEX
3300 V ST
WASHINGTON DC 20018-1528
June 9, 2023, 10:34 am

### Arrived at Post Office
WASHINGTON, DC 20018
June 9, 2023, 7:47 am

### In Transit to Next Facility
June 7, 2023

### Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER



**RECEIVED**
6/12/2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

June 3, 2023, 12:10 pm

**Departed USPS Origin Facility**
TAMPA, FL 33630
June 1, 2023, 12:27 am

**Arrived at USPS Origin Facility**
TAMPA, FL 33630
May 31, 2023, 11:53 pm

**USPS picked up item**
WESLEY CHAPEL, FL 33544
May 31, 2023, 2:25 pm

**Hide Tracking History**

Text & Email Updates

USPS Tracking Plus®

Product Information

See Less ∧

Track Another Package

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70210950000121445627

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 4:53 am on June 12, 2023 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20530
June 12, 2023, 4:53 am

### Available for Pickup
GOVERNMENT MAILS ANNEX
3300 V ST
WASHINGTON DC 20018-1528
June 9, 2023, 10:34 am

### Arrived at Post Office
WASHINGTON, DC 20018
June 9, 2023, 7:47 am

### In Transit to Next Facility
June 7, 2023

### Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

Feedback

June 3, 2023, 10:34 am

**Departed USPS Origin Facility**
TAMPA, FL 33630
June 1, 2023, 11:23 pm

**Arrived at USPS Origin Facility**
TAMPA, FL 33630
May 31, 2023, 11:53 pm

**USPS picked up item**
WESLEY CHAPEL, FL 33544
May 31, 2023, 2:25 pm

**Hide Tracking History**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ⌃

**Track Another Package**

[ Enter tracking or barcode numbers ]

## Need More Help?

Contact USPS Tracking support for further assistance.

[ FAQs ]

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70210950000121445634

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 7:00 am on June 9, 2023 in WASHINGTON, DC 20310.

**Get More Out of USPS Tracking:**

  USPS Tracking Plus®

Feedback

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20310
June 9, 2023, 7:00 am

### Available for Pickup
GOVERNMENT MAILS ANNEX
3300 V ST
WASHINGTON DC 20018-1528
June 9, 2023, 6:54 am

### Available for Pickup
GOVERNMENT MAILS ANNEX
3300 V ST
WASHINGTON DC 20018-1528
June 9, 2023, 6:44 am

### Arrived at Post Office
WASHINGTON, DC 20018
June 9, 2023, 6:33 am

### In Transit to Next Facility

June 7, 2023

- **Arrived at USPS Regional Facility**
  WASHINGTON DC DISTRIBUTION CENTER
  June 3, 2023, 12:10 pm

- **Departed USPS Origin Facility**
  TAMPA, FL 33630
  June 1, 2023, 12:27 am

- **Arrived at USPS Origin Facility**
  TAMPA, FL 33630
  May 31, 2023, 11:53 pm

- **USPS picked up item**
  WESLEY CHAPEL, FL 33544
  May 31, 2023, 2:25 pm

**Hide Tracking History**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌃

**Postal Product:**

**Features:**
Certified Mail™

**See Less** ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John S. Morter<br>  Complainant,<br><br>               v.<br><br>Lloyd J. Austin III,<br>  Secretary,<br>Department of Defense<br>  Agency. | Case No. 23-cv-000343 JEB |

12 June 2023

## CERTIFICATE OF SERVICE

I hereby certify that on May 30th, 2023, I sent a copy of the summons and the complaint in this case via Certified USPS mail to,

    Lloyd J. Austin III,
    Secretary,
    Department of Defense
    1000 Defense Pentagon
    Washington, DC 20301-1000

The confirmation number of the package is 7021 0950 0001 2144 5634. USPS reports that the package reached its destination at 7:00am on June 9th, 2023.

                                                     */s/ John S. Morter*
                                                     John S. Morter
                                                     6815 Quail Hollow Blvd
                                                     Wesley Chapel, FL 33544
                                                     (813) 767-8282

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John S. Morter )<br>  Complainant, )<br>              v. )<br> )<br>Lloyd J. Austin III, )<br>  Secretary, )<br>Department of Defense )<br>  Agency. ) | Case No. 23-cv-000343 JEB |

12 June 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on May 30th, 2023, I sent a copy of the summons and the complaint in this case via Certified USPS mail to,

Merrick Garland
U.S. ATTORNEY GENERAL
950 Pennsylvania Ave. NW
Washington, DC 20530

The confirmation number of the package is 7021 0950 0001 2144 5627. USPS reports that the package reached its destination at 4:53am on June 12th, 2023.

*[signature]*

John S. Morter
6815 Quail Hollow Blvd
Wesley Chapel, FL 33544
(813) 767-8282

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John S. Morter <br>   Complainant, <br>                 v. <br><br> Lloyd J. Austin III, <br>   Secretary, <br> Department of Defense <br>   Agency. | Case No. 23-cv-000343 JEB |

12 June 2023

### CERTIFICATE OF SERVICE

I hereby certify that on May 30th, 2023, I sent a copy of the summons and the complaint in this case via Certified USPS mail to,

Matthew Graves
U.S. ATTORNEY
Civil Process Clerk
601 D Street, NW
Washington, DC 20530

The confirmation number of the package is 7021 0950 0001 2144 5610. USPS reports that the package reached its destination at 4:53am on June 12th, 2023.

_____
John S. Morter
6815 Quail Hollow Blvd
Wesley Chapel, FL 33544
(813) 767-8282

Page **1** of **1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John S. Morter<br>　Complainant,<br>　　　　v.<br><br>Lloyd J. Austin III,<br>　Secretary,<br>Department of Defense<br>　Agency. | Case No. 23-cv-000343 JEB |

12 June 2023

## CERTIFICATE OF SERVICE

I hereby certify that on May 30th, 2023, I sent a copy of the summons and the complaint in this case via Certified USPS mail to,

　　Lloyd J. Austin III,
　　Secretary,
　　Department of Defense
　　1000 Defense Pentagon
　　Washington, DC 20301-1000

The confirmation number of the package is 7021 0950 0001 2144 5634. USPS reports that the package reached its destination at 7:00am on June 9th, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ John S. Morter_
　　　　　　　　　　　　　　　　　　　　　　　　　　John S. Morter
　　　　　　　　　　　　　　　　　　　　　　　　　　6815 Quail Hollow Blvd
　　　　　　　　　　　　　　　　　　　　　　　　　　Wesley Chapel, FL 33544
　　　　　　　　　　　　　　　　　　　　　　　　　　(813) 767-8282

Page **1** of **1**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John S. Morter<br>　Complainant,<br>　　　　v.<br><br>Lloyd J. Austin III,<br>　Secretary,<br>Department of Defense<br>　Agency. | Case No. 23-cv-000343 JEB |

12 June 2023

## CERTIFICATE OF SERVICE

I hereby certify that on May 30th, 2023, I sent a copy of the summons and the complaint in this case via Certified USPS mail to,

Merrick Garland
U.S. ATTORNEY GENERAL
950 Pennsylvania Ave. NW
Washington, DC 20530

The confirmation number of the package is 7021 0950 0001 2144 5627. USPS reports that the package reached its destination at 4:53am on June 12th, 2023.

*[signature]*

John S. Morter
6815 Quail Hollow Blvd
Wesley Chapel, FL 33544
(813) 767-8282

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| John S. Morter<br>  Complainant,<br><br>        v.<br><br>Lloyd J. Austin III,<br>  Secretary,<br>Department of Defense<br>  Agency. | )<br>)<br>)<br>)<br>)  Case No. 23-cv-000343 JEB<br>)<br>)<br>)<br>)<br>) |

12 June 2023

## CERTIFICATE OF SERVICE

I hereby certify that on May 30th, 2023, I sent a copy of the summons and the complaint in this case via Certified USPS mail to,

Matthew Graves
U.S. ATTORNEY
Civil Process Clerk
601 D Street, NW
Washington, DC 20530

The confirmation number of the package is 7021 0950 0001 2144 5610. USPS reports that the package reached its destination at 4:53am on June 12th, 2023.

*[signature]*

John S. Morter
6815 Quail Hollow Blvd
Wesley Chapel, FL 33544
(813) 767-8282