# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN S. MORTER,<br><br>  Plaintiff,<br><br>  v.<br><br>LLOYD AUSTIN, Secretary, Department of Defense,<br><br>  Defendant. | Civil Action No. 23-0343 (JEB) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Stephen DeGenaro as counsel of record for Defendant in the above captioned case.

Dated: August 10, 2023

Respectfully submitted,

  /s/ *Stephen DeGenaro*
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-7229
Stephen.Degenaro@usdoj.gov

*Attorney for the United States of America*