UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN S. MORTER,<br><br>      Plaintiff,<br><br>  v.<br><br>LLOYD AUSTIN, Secretary, Department of Defense,<br><br>      Defendant. | Civil Action No. 23-0343 (JEB) |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to respond to the Complaint in this matter by 45 days—i.e., until September 25, 2023. Plaintiff has graciously indicated that he neither supports nor opposes the relief sought by this motion. The grounds for this motion are as follows.

Plaintiff filed this suit on February 3, 2023, and served the U.S. Attorney's Office on or about June 12, 2023. Plaintiff alleges that the Air Force failed to provide him a reasonable accommodation of granting him a security clearance and maintaining his position in Tampa, Florida. Defendant's deadline to respond to the Complaint is currently August 11, 2023.

According to the Office's Civil Chief, who closely monitors the Office's incoming case volume, cases delegated to the U.S. Attorney's Office for handling in the recent past have approached or surpassed all-time monthly highs. For context, in calendar year 2022, the U.S. Attorney's Office was served with a total of approximately 2,418 new cases, or roughly 201 new cases each month on average during 2022. The roughly 2,418 new cases received in 2022 represented an all-time calendar year high, eclipsing the prior record set just the year before by

over 400 cases (in calendar year 2021, the Office received 1,945 new cases, or an average of 162 new cases per month).

Cases received in the first few months of 2023 have continued at historic highs. In the first quarter of 2023 (ending March 31, 2023), the Office received 528 new cases (i.e., 176 new cases on average per month), which represents a nearly 11% year-to-year increase over the first quarter of 2022 when the Office received 476 new cases. Unsurprisingly, while a portion of these new cases are handled by other Department litigating components, this unprecedented surge in new case filings against the United States in this District has overwhelmed the Office's already swollen civil intake, triage, and assignment queues, delaying certain case assignments to Assistant U.S. Attorneys and initial coordination efforts with agency clients, including in this case.

While the undersigned has just recently been assigned to this matter, counsel has already reached-out to the relevant agency and intends to promptly gather information necessary for the defense of this action. That said, the undersigned requires a reasonable period of additional time to discuss this matter with the relevant agency, explore whether this case may be resolved without litigation, and if not, formulate Defendant's response to Plaintiff's Complaint. Accordingly, Defendant requests this extension of time.

Defendant proposes this extension in good faith and not for the purpose of delay. This is Defendant's first request for an extension in this matter. Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agency, gather necessary information, explore whether this case may be resolved without litigation, and if not, plan how to respond to Plaintiff's Complaint.

WHEREFORE, with Plaintiff's consent, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including September 25, 2023. A proposed order is enclosed herewith.

Dated: August 10, 2023
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:       */s/ Stephen DeGenaro*
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7229
Stephen.DeGenaro@usdoj.gov

*Attorneys for the United States of America*