UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN S. MORTER,<br><br>       Plaintiff,<br><br>   v.<br><br>LLOYD AUSTIN, Secretary, Department of Defense,<br><br>       Defendant. | Civil Action No. 23-0343 (JEB) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's unopposed motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's consent motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including September 25, 2023, to respond to the Complaint in this action.

SO ORDERED:

_____         _____
Dated                                                                   James E. Boasberg
                                                                                    United States District Judge