UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN S. MORTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LLOYD AUSTIN, )<br>Secretary of Defense, )<br>)<br>Defendant. )<br>) | Civil Action No. 23-0343 (JEB) |

**DEFENDANT'S MOTION TO DISMISS OR,
IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

Defendant Lloyd Austin, in his official capacity as Secretary of the Department of Defense, by and through undersigned counsel, respectfully moves to dismiss pursuant to Federal Rules of Civil Procedure ("Rule") 12(b)(6) for failure to state a claim upon which relief may be granted, or in the alternative, for summary judgment pursuant to Rule 56.  For the reasons set forth in detail in the accompanying memorandum of points and authorities, this Court should either dismiss Plaintiff's claims or grant Defendant on those claims.  A proposed order is attached.

\* \* \*

Date: September 25, 2023						Respectfully submitted,

                MATTHEW M. GRAVES, D.C. Bar #481052
                United States Attorney

                BRIAN P. HUDAK,
                Chief, Civil Division

By:  /s/ *Stephen DeGenaro*
    STEPHEN DEGENARO
    D.C. Bar #1047116
    Assistant United States Attorney
    601 D St., N.W.
    Washington, D.C. 20530
    (202) 252-7229
    Stephen.DeGenaro@usdoj.gov

*Attorneys for the United States of America*