UNCLASSIFIED    Run Date: 09-OCT-2014

## Position Description

**Position Title:** IO
**Occupational Group:** Intelligence Operations
**Occupational Specialty:** None
**Work Category:** Professional
**Work Level:** Full Performance

**Mission Category:** Collection and Operations
**Pay Plan-Series-Grade:** GG/0132/13
**FLSA:** Exempt
**Job Code Number:** IP0373

### General Summary

The incumbent serves as an Intelligence Specialist with responsibility for intelligence administration, collection, analysis, evaluation, interpretation, dissemination and/or other intelligence related activity for which intelligence knowledge is predominant. As such, the incumbent applies a wide range of intelligence skills to perform the assignment. In conjunction with senior specialists, develops and/or recommends complex approaches to problems and situations for which data are incomplete, controversial, or for which no precedent exists.

### Major Duties

- PLACEHOLDER ONLY – The incumbent conducts intelligence administration, collection, analysis, evaluation, interpretation, dissemination and/or other intelligence related activity for which intelligence knowledge is predominant. - Performs other duties as assigned.

### Work Category Description

Professional: Positions with duties and responsibilities that primarily involve professional or specialized work that requires the interpretation and application of concepts, theories, and judgment. As a minimum, all groups in this category require either a bachelor's degree or equivalent experience for entry. However, some occupations in this category have positive education requirements (i.e., a requirement for a particular type or level of academic degree). This work category features multiple career progression stages and work levels.

### Work Level Description

Full Performance: Work at this level involves independently performing the full range of nonsupervisory duties. Employees at this level have successfully completed required entry-level training or developmental activities, have a full understanding of the technical or specialty field, independently handle situations or assignments with minimal day-to-day instruction or supervision, and receive general guidance and direction on new projects or assignments. Full performance employees exercise independent judgment in selecting and applying appropriate work methods, procedures, techniques, and practices in accomplishing their duties and responsibilities. Actions at this level may have impact beyond the work unit and, as a result, employees at this level typically collaborate internally and externally with their peers.

### FACTOR A - Knowledge

Assignments require predominant knowledge of a wide range of concepts, principles, and practices in intelligence administration, collection, analysis, evaluation, interpretation, dissemination and/or other related activity and skill in applying this knowledge to difficult and complex work assignments. A thorough and detailed knowledge of and skill in applying analytical and evaluative

UNCLASSIFIED                                              Run Date:  09-OCT-2014

## Position Description

**Position Title:** IO
**Occupational Group:** Intelligence Operations
**Occupational Specialty:** None
**Work Category:** Professional
**Work Level:** Full Performance

**Mission Category:** Collection and Operations
**Pay Plan-Series-Grade:** GG/0132/13
**FLSA:** Exempt
**Job Code Number:** IP0373

techniques for developing new or modified intelligence work methods, approaches, or procedures; and to identify, evaluate, and recommend solutions to complex issues and/or problems. Knowledge of the processes, procedures, regulations and laws pertaining to the intelligence specialty.

### FACTOR B - Guidelines

Intelligence policies and precedents are applicable but are stated only in very general terms. Guidelines for performing the work are scarce or of limited use. The employee uses initiative and resourcefulness in deviating from traditional methods or researching trends and patterns to develop new methods, criteria, or proposed new policies.

### FACTOR C - Scope of Authority and Effect of Decisions

Employee makes decisions based on the interpretation of intelligence regulations and practices and initiates actions that affect various organizational units. Commitments that do not involve interpretation of policy or the setting of precedents may have an adverse effect upon the activities of the assigned element. Errors could prove costly in terms of delay and waste of time and resources within the element.

### FACTOR D - Work Relationships

Person-to-person work relationships are for the purpose of giving or obtaining information on non-routine problems requiring not only explanation or interpretation of facts but also discussion of implications and inferences in order to gain concurrence or persuade to action.

### FACTOR E - Supervision Received

The supervisor sets the overall objectives and resources available. The employee and supervisor, in consultation, develop the deadlines and projects. The employee is responsible for planning and carrying out the assignment, resolving most of the conflicts that arise and interpreting policy in terms of established objectives. The supervisor is kept informed of progress and any controversial matters. Finished work and methods are reviewed for accuracy and effectiveness and for compliance with complex instructions and guidelines.

<mark>UNCLASSIFIED</mark>                                                  Run Date: 09-OCT-2014

## Position Description

**Position Title:** IO
**Occupational Group:** Intelligence Operations
**Occupational Specialty:** None
**Work Category:** Professional
**Work Level:** Full Performance

**Mission Category:** Collection and Operations
**Pay Plan-Series-Grade:** GG/0132/13
**FLSA:** Exempt
**Job Code Number:** IP0373

**Competencies**

Core:

Leadership:
None

Occupational:

Specialty:
None

End of Report

**UNCLASSIFIED**                                                        Page 3 of 3

000132