

DEFENSE INTELLIGENCE AGENCY
WASHINGTON, DC 20340-5100

DIAI 1400.008
8 Jun 2012
OPR: OHR

# Employment and Placement

References:
    (a) DIA Instruction 1400.008, "Employment and Placement," 10 February 2011 (canceled)
    (b) DoDI 1400.25-V2005, "DoD Civilian Personnel Management System: Defense Civilian Intelligence Personnel system (DCIPS) Employment and Placement," 3 March 2012
    (c) DoD Directive, 1400.35, "Defense Civilian Intelligence Personnel System (DCIPS)," Change 1, 1 September 2009
    (d) Sections 2108, 2301, 2302, 3110, and 7511 of Title 5, United States Code
    (e) DIA Instruction 1400.002, "Civilian Pay Administration," 7 May 2012
    (f) through (r) see Enclosure 2

1. Purpose.

    1.1. Replaces Reference (a).

    1.2. Establishes Defense Intelligence Agency (DIA) guidance for the Defense Civilian Intelligence Personnel System (DCIPS) staffing and placement program in accordance with Reference (b), and sets forth procedures and requirements for ensuring fair consideration for promotion and placement of all qualified candidates, in accordance with References (b) through (r). Guidance contained in this document is consistent with that of the Office of the Director of National Intelligence (ODNI) to which the Under Secretary of Defense for Intelligence (USD(I)) has agreed, as contained in Reference (c).

    1.3. Applies to all DIA DCIPS employees. This Instruction does not apply to employees covered by the Federal Wage System or other employees not employed under DCIPS authority. It does not apply to members of the Defense Intelligence Senior Executive Service or Defense Intelligence Senior Level employees, or equivalents, except to the extent they are involved in employment and placement processes.

2. Definitions - see Enclosure 3.

3. Responsibilities.

Exhibit F–3a

DIAI 1400.008

3.1. Director for Human Resources shall:

    3.1.1. Consider and approve deviations to established guidance when in the best interests of DIA.

    3.1.2. Resolve personnel issues which cannot be resolved at a lower level.

    3.1.3. Initiate and justify fiscal arrangements and funding levels necessary to carry out new or established programs.

    3.1.4. Represent DIA on personnel matters to all Federal agencies and organizations.

    3.1.5. Ensure merit principles are upheld throughout DIA.

    3.1.6. Ensure recruitment, employment, and placement policies are responsive to DIA requirements.

    3.1.7. Ensure recruitment, employment, placement and assignments processes, including operational and management boards, where applicable, meet DIA requirements.

3.2. Office of Human Resources (OHR) shall:

    3.2.1. Provide advice and guidance to managers and supervisors on all employment and placement-related procedures.

    3.2.2. Ensure all personnel actions are taken in accordance with merit principles and free of unlawful discrimination on the basis of race, color, religion, age, marital status, national origin, gender, sexual orientation, or non-disqualifying disability.

    3.2.3. Processes responses to all Congressional inquiries and third-party inquiries regarding civilian employment and placement procedures.

    3.2.4. Periodically review and update this Instruction and related issuances to ensure they reflect procedural changes and current staffing requirements.

    3.2.5. Provide managerial advisory service to centers, directorates, offices, and combatant command directorates for intelligence ((CCMD J2) hereafter referred to as DIA elements).

3.3. Directors chiefs, and command directors of intelligence (hereafter referred to as DIA senior leaders) shall:

    3.3.1. Manage assigned personnel and collaborate with OHR to develop employment and placement priorities and strategies.

      3.3.2. Coordinate alignment of authorizations with the Office of the Chief Financial Officer (CFO).

      3.3.3. Based on applicable Fiscal Year hiring guidance, fill an appropriate percentage of their entry level positions below the full performance level of the position.

3.4. CFO shall:

      3.4.1. Provide guidance, in consultation with OHR, regarding position management.

      3.4.2. Coordinate on requests for authorization of part time positions.

      3.4.3. Coordinate on requests to hire re-employed annuitants, to ensure use of a permanent billet.

3.5. The Office of the General Counsel shall provide advice on all legal issues associated with the merit employment, placement, and promotion process for civilian employees, to include review of and coordination on all related procedural changes and issuances.

3.6. The Office of the Inspector General shall review and coordinate on all procedural changes and issuances on employment and placement affecting DIA.

3.7. The Equal Opportunity and Diversity Office shall review and coordinate on all procedural changes and issuances on employment and placement affecting DIA.

4. Procedures - see Enclosure 1.

*[signature]*

MELISSA A. DRISKO
Chief of Staff

Enclosures - 4
E1. Table of contents and procedures.
E2. Additional references.
E3. Definitions.
E4. Employment of former Peace Corps volunteers and employees.

Enclosure 1.

## TABLE OF CONTENTS

| | | |
|---|---|---|
| 1. | General requirements | 5 |
| 2. | Core compliance requirements | 5 |
| 3. | Recruitment roles and responsibilities | 5 |
| 4. | Minimum qualification requirements | 6 |
| 5. | Competitive actions | 6 |
| 6. | Non-competitive actions | 7 |
| 7. | Vacancy announcements | 8 |
| 8. | Recruitment and applicant sources | 8 |
| 9. | Employment of relatives | 9 |
| 10. | Employment of former Peace Corps volunteers and employees | 10 |
| 11. | Employment of consultants and experts | 10 |
| 12. | Re-employment of Annuitants | 11 |
| 13. | Referral programs | 12 |
| 14. | Temporary employment | 12 |
| 15. | Term employment | 14 |
| 16. | Evaluation and selection of applicants | 15 |
| 17. | Hiring authorities, roles and responsibilities | 18 |
| 18. | Tenure groups | 19 |
| 19. | Security, eligibility and suitability standards | 19 |
| 20. | In-processing, clearance and indoctrination | 20 |
| 21. | Trial periods | 20 |
| 22. | Quality in employment and placement outcomes | 22 |
| 23. | Reassignments | 23 |
| 24. | Details | 23 |
| 25. | Rotational assignments | 25 |
| 26. | Return rights | 25 |
| 27. | Adjustment in Force | 26 |
| 28. | Position management | 27 |
| 29. | DCIPS occupational structure | 28 |
| 30. | Position descriptions | 34 |
| 31. | Position organization and alignment reviews | 35 |
| 32. | Maintenance of records and files | 36 |
| 33. | Special employment programs | 36 |

details of the appointment.

    17.1.4. Automatically generate interim assessments one year after an employee's appointment date, to ensure supervisors communicate to employees those matters which may impact the satisfactory completion of trial periods; and initiate final assessments 60 days prior to the end of an employee's trial period.

    17.1.5. In the case of a supervisor's recommendation for an employee's reassignment, attempt to reassign the employee to an available position, provided the reason for reassignment is not based on the employee's poor performance or inappropriate conduct.

    17.2. Sponsors. After the applicant accepts a conditional job offer, the sponsor will make contact with him or her. The sponsor will not discuss the candidate's eligibility for final employment with DIA.

18. Tenure groups. Tenure groups are groupings of employees based on type of appointment and retention rights. An employee's tenure group determines his or her order of retention during a reduction in force. The tenure groups which apply to all employees are:

    18.1. Tenure group 0. Employees who are not in tenure groups 1, 2, or 3.

    18.2. Tenure group 1. Employees whose appointments carry no restrictions or conditions, such as conditional, indefinite, specific time limitation, or trial period.

    18.3. Tenure group 2. Employees serving trial periods and employees whose tenure is equivalent to career-conditional tenure in the competitive service for agencies using that appointment system.

    18.4. Tenure group 3. Employees who are serving under indefinite appointments without specific time limitation, but not actually (or potentially) permanent; employees who are serving under appointments with specific time limitations of more than one year; or employees currently under appointments limited to one year or less, but complete one year of current, continuous service.

19. Security, eligibility, and suitability standards. All applicants for DIA positions must meet:

    19.1. Conditions of employment. These conditions may include, but are not limited to, United States (U.S.) citizenship; security eligibility; favorable completion of a special background investigation and counterintelligence polygraph within a reasonable time-frame as determined by management; and any physical, psychiatric, and medical standards or

requirements. All DIA employees are required to be available for geographic relocation anywhere in the world as necessary to meet mission requirements (see Reference (l)). Applicants who do not sign a civilian mobility agreement shall not be extended an offer of employment. DIA reserves the right to reconsider a candidate's conditional offer of employment if, after one year, the candidate is unable to meet DIA's conditions of employment.

19.2. Suitability standards. Candidates must meet suitability criteria, consistent with both Federal and IC laws and guidelines, in accordance with part 731 of Reference (g).

20. In-processing, clearance and indoctrination. In-processing and indoctrination procedures ensure the initial appointments of all personnel are properly documented and meet all legal and regulatory requirements. These procedures assist new employees in adjusting to their jobs and work environment, and familiarize them with DIA and their specific organizational unit.

21. Trial Periods. Certain employees, as defined below, shall serve trial periods in accordance with Reference (m). Trial periods shall be two years in duration. During the trial period, an employee may be separated with no right of appeal (except as provided for Veterans in Section 7511 of Reference (d)), at any time if it is determined the employee's conduct is inappropriate or performance is unacceptable.

21.1. New to Federal employment. Employees who have not previously completed a trial or probationary period in Federal employment shall serve a trial period of two years upon appointment.

21.2. Current employees. Current employees who have previously completed a trial period in a DCIPS position shall not serve another trial period upon acceptance of another position.

21.3. Former employees. Employees who once completed a trial period in a DCIPS position, and then left DCIPS service shall not be required to serve another DCIPS trial period upon reappointment.

21.4. Current and former Federal employees. Employees who formerly completed a probationary or trial period in the Federal competitive or excepted service in other than a DCIPS or National Intelligence Civilian Compensation Program (NICCP) Intelligence Community position shall serve a two-year trial period.

21.5. Current and former IC employees. Employees who have completed trial periods in the NICCP within the IC shall not be required to serve another trial period upon appointment. Current IC employees who are in a trial period in NICCP will complete the remainder of their