UNCLASSIFIED//FOR OFFICIAL USE ONLY



# DIA DIRECTIVE
*(U) Insider Threat Program*

DIAD 5240.100
14 May 2020
OPR: SEC

References:
- (a) (U) DIA Directive 5240.100, "Insider Threat Program," 29 August 2012 (canceled)
- (b) (U) Presidential Memorandum, "National Insider Threat Policy and Minimum Standards for Executive Branch Insider Threat Programs," 21 November 2012
- (c) (U) DoD Directive 5205.16, "The DoD Insider Threat Program," Change 2, 28 August 2017
- (d) (U) IC Standard 700-2, "Use of Audit Data for Insider Threat Detection," 2 June 2011
- (e) (U) ICS 500-27, "Collection and Sharing of Audit Data," 2 June 2011
- (f) (U) DIAD 5240.300, "Counterintelligence Activities," 3 May 2017

1. (U) **Purpose.** Establishes policy and assigns responsibilities for the management, support, and oversight of the DIA Insider Threat Program (InTP) in accordance with (IAW) References (b) and (c).

2. (U) **Applicability.**

   2.1. (U) Applies to all persons employed by, detailed or assigned to DIA, including members of the Military Services; experts or consultants; industrial or commercial contractors, licensees, grantees, subcontractors; personal services contractors; and any other category of person who acts for or on behalf of DIA, whose duty location is primarily within DIA spaces, who is authorized unescorted facility access to those spaces, or who has access to classified DIA networks or systems (hereafter referred to as DIA affiliates).

   2.2. (U) Applies to all DIA directorates, special offices, and integrated intelligence centers, (hereafter referred to as DIA elements).

3. (U) **Policy.**

   3.1. (U) DIA will develop an InTP to integrate and synchronize activities across the DIA to prevent, deter, detect, and mitigate threats that insiders may pose to DIA facilities, personnel, missions, or resources.

   3.2. (U) The Chief of the Office of Security (SEC) is the senior designated official for the DIA InTP.

   3.3. (U) The DIA Insider Threat "Hub" is established with the responsibilities and authorities to conduct, coordinate, and synchronize efforts designed to prevent, deter, detect, and mitigate threats presented by trusted insiders.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

  3.4. (U) The DIA Case Management Council (CMC) is established as an intra-office action element executing InTP response actions.

  3.5. (U) The DIA Insider Threat Mitigation Panel (ITMP) is the convening body responsible for resolving or mitigating insider threat related matters.

  3.6. (U) The InTP will comply with all applicable laws, regulations, and policies, including those regarding whistleblower, civil liberties, and privacy protection.

4. (U) Responsibilities.

  4.1. (U) The Chief of SEC will:

    4.1.1. (U) Submit to Director, DIA (DR) an annual report detailing the status of the DIA InTP, insider threat risks to the agency, trends, resources allocated, accomplishments, recommendations for program improvement, and major impediments or challenges.

    4.1.2. (U) Develop and implement procedures and training for the protection of DIA resources from insider threats.

    4.1.3. (U) Identify, assess, manage and mitigate insider threat risk through CMC, ITMP, user activity monitoring (UAM), unique risk reviews, and continuous evaluation.

    4.1.4. (U) Adhere to privacy and civil liberty policies IAW DIA, DoD, and IC policies.

    4.1.5. (U) Establish InTP memorandums of agreement with combatant commands (CCMD) and Joint Staff (JS), and terms of reference with other agencies which provide DIA affiliates access to national security systems to share user activity monitoring information between the DIA Insider Threat Hub and the CCMD, JS, and other agency insider threat programs..

  4.2. (U) SEC will:

    4.2.1. (U) Ensure adjudications, investigations, credibility assessments, and psychological services are integrated in support of the DIA InTP.

    4.2.2. (U) Assign a SEC embed to serve as deputy to the InTP Hub.

  4.3. (U) The Office of the Chief Information Officer (CIO) will:

    4.3.1. (U) Design, develop and deploy technology-enabled capabilities on all DIA-managed endpoints to discover, monitor, and analyze anomalous user activities IAW References (d) and (e).

        4.3.2. (U) Ensure relevant network information and user attributable data is made available to the DIA InTP Hub for analysis IAW References (d) and (e).

        4.3.3. (U) Notify the DR, SEC and the Command Element of issues or situations affecting DIA information systems that affect the DIA InTP.

        4.3.4. (U) Deploy and maintain authorized information technologies in support of the DIA InTP.

        4.3.5. (U) Assign a CIO embed to serve as deputy to the InTP Hub.

    4.4. (U) The Office of Counterintelligence (OCI) will:

        4.4.1. (U) Conduct insider threat related CI activities and notify the DIA InTP Hub of CI activities or human intelligence collections that may be indicative of a DIA-related insider threat IAW Reference (f).

        4.4.2. (U) Share relevant CI data with the DIA InTP Hub for analysis.

        4.4.3. (U) Assign a OCI embed to serve as deputy to the InTP Hub.

    4.5. (U) The Office of Human Resources will ensure relevant personnel related databases and files are made available to the DIA InTP Hub for analysis.

    4.6. (U) The Office of General Counsel will ensure the DIA InTP and related activities comply with policies and current legal rulings.

    4.7. (U) The Office of Oversight and Compliance will periodically review DIA InTP activities to evaluate compliance with applicable legal and policy standards.

    4.8. (U//FOUO) The Office of the Inspector General will notify the DIA InTP Hub of insider threat related information discovered during the conduct of inspections, inquiries, and audits, or from information received.

    4.9. (U) DIA elements will:

        4.9.1. (U) Notify the DIA InTP Hub via Counterintelligence and Security Reporting System (CISRS) of insider threat related information referred by another agency or organization.

        4.9.2. (U) Immediately report information received regarding active or emergent acts, threats of violence, or observed behavior that may suggest an employee poses a danger to themselves or others, to the law enforcement entity identified for the DIA element.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

DIAD 5240.100

    4.10. (U) DIA affiliates will:

        4.10.1. (U) Report observed behavior that may be indicative of an insider threat through CISRS.

        4.10.2. (U) If assigned or attached to another DoD or United States government entity, report observed behavior that may be indicative of an insider threat through CISRS or to the local insider threat office.

*[signature]*
JOHNNY O. SAWYER
Chief of Staff

(U) Enclosure:
   1. (U) Definitions.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY

DIAD 5240.100

(U) Enclosure 1 – Definitions

| Term | Term Definition |
|---|---|
| (U) Anomalous | (U) Activity or knowledge, outside the norm. |
| (U) Continuous Evaluation | (U) Personnel security investigative process that reviews the background of individuals who have been determined to be eligible for access to classified information or to hold a sensitive position. |
| (U) Counterintelligence | (U) Information gathered and activities conducted to identify, deceive, exploit, disrupt or protect against espionage, other intelligence activities, sabotage, or assassinations conducted for, or on behalf of, foreign powers, organizations, or persons, or their agents, or international terrorist organizations or activities. |
| (U) Hub | (U) Multi-disciplinary threat management capability to conduct and integrate the monitoring, analysis, reporting, and response to insider threats |
| (U) Insider | (U) Any person with authorized access to any United States government resource to include personnel, facilities, information, equipment, networks, or systems. |
| (U) Insider Threat | (U) A person who uses their authorized access to facilities, systems, equipment, information or infrastructure to harm the security of the United States.  This threat can include damage to the United States through espionage, terrorism, unauthorized disclosure of information, or through the loss or degradation of departmental resources or capabilities. |
| (U) Unique Risk Review | (U) Screening program designed to ensure personnel nominated for enhanced security safeguards (alternative compensatory control measures, special access programs, community access programs and other restricted controlled programs), and select administrative opportunities are free of substantiated derogatory information, conflict-of-interest situations, or security concerns. |

UNCLASSIFIED//FOR OFFICIAL USE ONLY