**McIntosh Steven D DIA USA GOV**

| | |
|---|---|
| From: | Lawless Keith A CIV SOCOM USA Civilian [█████] |
| Sent: | Tuesday, April 29, 2014 6:58 AM |
| To: | McIntosh Steven D DIA USA GOV; Houston Dwayne A CIV SOCOM USA Civilian |
| Cc: | Prewitt Pamela J DIA USA GOV; Smith Gloria A DIA USA GOV; Sanborn Kelly E DIA USA GOV; Owen David V DIA USA GOV; Purkey Rosemerrie DIA USA GOV; Soo-Tho Kok Mun DIA USA GOV; Sanborn Kelly E DIA USA GOV |
| Subject: | RE: MORTER, John Samuel (UNCLASSIFIED) |

Steve,

Thanks very much for this helpful chronology related to Mr. Morter. We are continuing to work closely with the HR folks at DIA to effect his return to DIA HQ at a time most feasible for all parties. As you are likely aware, our Deputy Commander (LTG Mulholland) has lost confidence in Mr. Morter's ability to continue serving at SOCOM. Your e-mail provides added incentive to ensure we take necessary steps to resolve the matter soonest. Thanks you again.
V/r, Keith Lawless

**From:** McIntosh Steven D DIA USA GOV [mailto:█████]
**Sent:** Tuesday, April 29, 2014 10:52
**To:** McIntosh Steven D DIA USA GOV; Lawless Keith A CIV SOCOM USA Civilian; Houston Dwayne A CIV SOCOM USA Civilian
**Cc:** Prewitt Pamela J DIA USA GOV; Smith Gloria A DIA USA GOV; Sanborn Kelly E DIA USA GOV; Owen David V DIA USA GOV; Purkey Rosemerrie DIA USA GOV; Soo-Tho Kok Mun DIA USA GOV; Sanborn Kelly E DIA USA GOV
**Subject:** RE: MORTER, John Samuel

CLASSIFICATION: UNCLASSIFIED//FOUO/PA - DATA

Greetings Mr. Lawless & Mr. Houston:

(U) As a point of introduction, I serve as the DIA Insider Threat Program Coordinator responsible for development and execution of the Agency's Insider Threat Program (InTP).

(U//FOUO) In the matter involving GG-13 John Samuel MORTER, hereafter referred to as SUBJECT, I have been asked by our Office of Human Resources (OHR) counterpart to provide a synopsis of the issue as well as background data regarding DIA's InTP.

(U) As for DIA's InTP, please find attached our DIA InTP White Paper which provides a program overview and the foundational philosophies behind program development and execution. Please don't hesitate to contact me should you have any questions or desire additional information regarding DIA's InTP.

(U//FOUO) Regarding the matter at hand, the DIA Threat Mitigation Cell (TMC), a component of DIA's InTP, initiated a Security investigation regarding SUBJECT in February 2012 due to SUBJECT's inability to successfully complete the counterintelligence scope polygraph (CSP) examination process.

(U//FOUO) SUBJECT, a DIA civilian employee, is currently assigned to U.S. Special Operations Command (USSOCOM) as an intelligence officer. To date, SUBJECT failed to successfully complete four DIA CSP examinations dated 23 March 2011, 25 March 2011, 31 January 2012, and 26 June 2012. SUBJECT successfully completed the security topics pertaining to sabotage, espionage, and terrorism; however, he did not successfully complete the topics related to mishandling classified information and unauthorized foreign contact.

(U//FOUO) During the DIA Security investigation, SUBJECT explained he felt very anxious when asked about mishandling of classified information (by one of the previous polygraph examiners) because he was

**AGENCY EXHIBIT B 1**

uncomfortable with particular USSOCOM practices – specifically, the manner in which information from JWICS was copied to CD-ROM/flash drives. SUBJECT denied any instances of mishandling classified information, and asserted that he had reported all contacts with foreign nationals. The Security investigation was closed in August 2012, and the matter was referred to DIA's Personnel Security Division for an adjudicative review.

(U//FOUO) In May 2013, the Personnel Security adjudicator requested the DIA's Security Investigations conduct follow-up activity with the Special Security Office (SSO) at USSOCOM regarding SUBJECT's foreign contact reporting and status as a "trusted agent," who is authorized to transfer information between classified networks (SIPRNet and JWICS). The SSO advised any foreign contact reports by SUBJECT would go through DIA's Office of Security and USSOCOM did not have any other foreign contact reports on file for SUBJECT. Additionally, the SSO advised only ITA personnel were authorized to transfer data between SIPRNet and JWICS using IC Clear and ISSE Guard. According to the SSO, SUBJECT was an ITA and was authorized to transfer data between classified networks.

(U//FOUO) In October 2013, the Security investigators coordinated with the InTP Staff Psychologist to schedule an interview with SUBJECT to determine if psychological factors were responsible for SUBJECT's inability to successfully complete previous CSP examinations.

(U//FOUO/PA) In November 2013, the InTP Staff Psychologist interviewed SUBJECT to ascertain whether there were any psychological conditions which may have impeded SUBJECT's ability to successfully complete CSP examinations, as well as to identify appropriate interventions, if any, that would support mitigation strategies. The InTP Staff Psychologist found that:

- (U//FOUO/PA) SUBJECT was disinclined to be forthright whenever he perceived his personal agenda was at stake. SUBJECT appeared to lack self-awareness and was not deemed to be a credible or reliable self-historian.

- (U//FOUO/PA) SUBJECT's security dossier did not provide any indication of medical conditions which may have accounted for his difficulty with the CSP examinations and SUBJECT asserted he was "in good health."

- (U//FOUO/PA) SUBJECT reported he has suffered from anxiety for a long period of time and has sought the aid of a psychiatrist (NFI). SUBJECT did not provide complete information about any recommended course of treatment or compliance with such treatment. SUBJECT claimed the CSP examination process has exacerbated his anxiety to the degree that he recently sought mental health treatment again (04 November 2013).

- (U//FOUO/PA) SUBJECT disclosed he has "done extensive research on polygraph" examinations and considered himself to be "an expert in polygraph." SUBJECT provided five articles on polygraph examinations which he had recently read. These articles were critical of the polygraph process and some included information on countermeasures. When questioned as to whether SUBJECT had read any articles pertaining to the use of countermeasures to defeat the polygraph, SUBJECT provided evasive and contradictory responses. In addition, SUBJECT initially claimed he had not informed polygraph examiners of his research because they "had not asked." SUBJECT asserted he had told at least two polygraph examiners about his research into polygraph after being informed the use of countermeasures was a standard question, but he could not account for why they would have consistently left such a relevant detail out of the CSP examination reports. SUBJECT claimed to be unaware that research into polygraph was "prohibited," but this was later contradicted (via Tandberg on 15 November 2013) by the

**AGENCY EXHIBIT B 2**

USSOCOM SSO, who asserted SUBJECT had been specifically counseled against such activity on at least two prior occasions.

- (U//FOUO/PA) SUBJECT's research into polygraph testing does not preclude the possibility there may be other factors which may be contributing to his inability to successfully complete the CSP examination. However, SUBJECT is unlikely to be a suitable candidate for further polygraph examination. In addition, SUBJECT's lack of insight and proclivity to externalize blame would likely limit the degree to which he would be able or willing to cooperate with realistic threat mitigation strategies.

(U) **POLICY CONSIDERATION:** Department of Defense Instruction 5210.91, "Polygraph and Credibility Assessment (PCA) Procedures," dated 12 August 2010, states that if an employee fails to successfully resolve all relevant questions, the Head of the relevant Department of Defense Component may temporarily suspend an individual's access to controlled information and deny the individual assignment or detail that is contingent on such access, based upon a written finding that, considering the results of the examination and the extreme sensitivity of the classified information involved, access under the circumstances poses an unacceptable risk to national security. Such temporary suspension of access may not form the part of any basis for an adverse administrative action or an adverse personnel action.

(U) **INSIDER THREAT MITIGATION PANEL RECOMMENDATION**: On 10 February 2014, a DIA Insider Threat Mitigation Panel was convened. After a thorough discussion of the facts and circumstances in this matter, the Panel concurred with the following recommendations:

- (U) For the Office of Security:

    - (U//FOUO) As an initial insider threat mitigation strategy, SUBJECT will be returned to DIA HQ in order to discontinue the transference of risk to USSOCOM. InTP will consult and coordinate with OHR to facilitate SUBJECT's permanent change of station (PCS).

    - (U//FOUO) Subsequent to SUBJECT's reassignment in DIA HQ, InTP will reconvene a follow-up Insider Threat Mitigation Panel to determine and implement additional viable threat mitigation strategies.

- (U) For the Office of Human Resources:

    - (U//FOUO) Facilitate necessary arrangements for SUBJECT's PCS to DIA HQ.

    - (U//FOUO) Determine SUBJECT's most appropriate placement within the agency upon his acceptance of above-mentioned PCS.

(U) One of the DIA InTP's foundational philosophies is that DIA will not "transfer risk" to other organizations. Accordingly, as it relates to this matter, DIA cannot leave a DIA employee within Combatant Command spaces if the employee has not satisfactory meet all conditions for continued access and/or has an unresolved insider threat related issue pending. Hence, SUBJECT is being processed for reassignment to DIA Headquarters. OHR will notify SUBJECT of the proposed PCS action once a new position for SUBJECT is identified. SUBJECT's new leadership will notify the TMC upon SUBJECT's arrival to DIA HQ. SUBJECT will have a session with our InTP Staff Psychologist and we will attempt to resolve the issue(s).

(U) SUBJECT is fully aware of the key facts regarding this matter – his inability to successfully complete the CSP examination process – therefore we pose no objections to you discussing this matter with SUBJECT should he approach upon being notified of the proposed PCS action.

**AGENCY EXHIBIT B 3**

(U) Please don't hesitate to contact me should you have any questions regarding this matter or DIA's InTP.

Regards,

Steve McIntosh

_____
Steven D. McIntosh, DISL
DIA Insider Threat Program Coordinator
Defense Intelligence Agency
Telephone: ███
VoIP: ███
Tandberg: ███

CLASSIFICATION: UNCLASSIFIED//FOUO/PA - DATA

Classification: UNCLASSIFIED//FOR OFFICIAL USE ONLY

McIntosh Steven D DIA USA GOV

| | |
|---|---|
| From: | Owen David V DIA USA GOV |
| Sent: | Wednesday, August 13, 2014 5:22 AM |
| To: | McIntosh Steven D DIA USA GOV |
| Cc: | Prewitt Pamela J DIA USA GOV |
| Subject: | FW: GG-13 John Samual MORTER; 20120210-1063 |
| Attachments: | 20140728_Insider Threat Mitigation Panel Report Update- MORTER.pdf |
| Signed By: | |

CLASSIFICATION: UNCLASSIFIED//FOUO/PA - DATA

FYSA

v/r,
David V. Owen
Threat Mitigation Cell
DIA Insider Threat Program
DLOC, Room 367G
█████████ (commercial)
█████████ (VOIP)

From: Donnelly James M DIA USA GOV
Sent: Tuesday, August 12, 2014 8:35 PM
To: Soo-Tho Kok Mun DIA USA GOV; Owen David V DIA USA GOV
Subject: FW: GG-13 John Samual MORTER; 20120210-1063

CLASSIFICATION: UNCLASSIFIED//FOUO/PA - DATA

David & Dr. Joe,
My apologies for the late response but I have just returned from TDY & Leave and am catching up. I tried phoning you both earlier concerning Mr. Morter, but was unable to leave voice-mail. I discussed this issue with the CENTCOM VJ2, Greg Ryckman, and he said "No." I will try phoning you both tomorrow, Wednesday.
v/r
Jim

James M. Donnelly
USCENTCOM Chief Special Security Office

From: McIntosh Steven D DIA USA GOV
Sent: Tuesday, July 29, 2014 6:23 AM
To: Pulzone Douglas P DIA USA GOV; Stern Brett A DIA USA GOV; Donnelly James M DIA USA GOV; Branch Frank M GG14 SOCOM USA Civilian
Cc: Norton Stephen R DIA USA GOV; Colon-Rodriguez Carlos R DIA USA GOV; Evitt Brentin V DIA USA GOV; Torres Luz A DIA USA GOV; Prewitt Pamela J DIA USA GOV; Owen David V DIA USA GOV; Purkey Rosemerrie DIA USA GOV; Elligson Sara L DIA USA GOV
Subject: GG-13 John Samual MORTER; 20120210-1063

CLASSIFICATION: UNCLASSIFIED//FOUO/PA - DATA

All,

1

**AGENCY EXHIBIT B 5**

(U) **ACTION REQUIRED**: The attached update to the 10 February 2014 DIA Insider Threat Mitigation Panel Report is provided for your information/action. For SSO USSOCOM and SSO USCENTCOM, after reviewing the attached report, and before engaging with combatant command officials, please call/Tandberg to discuss the 'atmospherics' of this matter.

(U) **BACKGROUND**:

(U//FOUO) The DIA Threat Mitigation Cell (TMC), a component of DIA's Insider Threat Program (InTP), initiated a Security investigation regarding SUBJECT in February 2012 due to SUBJECT's inability to successfully complete the counterintelligence scope polygraph (CSP) examination process.

(U//FOUO) SUBJECT, a DIA civilian employee, is currently assigned to USSOCOM as an intelligence officer within the Command's Joint Intelligence Operations Center (JIOC). To date, SUBJECT failed to successfully complete four DIA CSP examinations dated 23 March 2011, 25 March 2011, 31 January 2012, and 26 June 2012. SUBJECT successfully completed the security topics pertaining to sabotage, espionage, and terrorism; however, he did not successfully complete the topics related to mishandling of classified information and unauthorized foreign contact.

(U//FOUO) During the DIA Security investigation, SUBJECT explained he felt very anxious when asked about mishandling of classified information (by one of the previous polygraph examiners) because he was uncomfortable with particular USSOCOM practices – specifically, the manner in which information from JWICS was copied to CD-ROM/flash drives. SUBJECT denied any instances of mishandling classified information, and asserted he had reported all contacts with foreign nationals. The Security investigation was closed in August 2012, and the matter was referred to DIA's Personnel Security Division for an adjudicative review.

(U//FOUO) In May 2013, the Personnel Security adjudicator requested the DIA's Security Investigations Division conduct follow-up investigative activity with USSOCOM/SSO regarding SUBJECT's foreign contact reporting and status as a "trusted agent," who is authorized to transfer information between classified networks (SIPRNet and JWICS). The SSO advised any foreign contact reports by SUBJECT would go through DIA's Office of Security and USSOCOM did not have any other foreign contact reports on file for SUBJECT. Additionally, the SSO advised only ITA personnel were authorized to transfer data between SIPRNet and JWICS using IC Clear and ISSE Guard. According to the SSO, SUBJECT was an ITA and was authorized to transfer data between classified networks.

(U//FOUO) In October 2013, the Security investigators coordinated with the InTP Staff Psychologist to schedule an interview with SUBJECT to determine if psychological factors were responsible for SUBJECT's inability to successfully complete previous CSP examinations.

(U//FOUO/PA) In November 2013, the InTP Staff Psychologist interviewed SUBJECT to ascertain whether there were any psychological conditions which may have impeded SUBJECT's ability to successfully complete CSP examinations, as well as to identify appropriate interventions, if any, that would support mitigation strategies. The InTP Staff Psychologist found SUBJECT's security dossier did not provide any indication of medical conditions which may have accounted for his difficulty with the CSP examinations and SUBJECT asserted he was "in good health." SUBJECT reported he has suffered from anxiety for a long period of time and has sought the aid of a psychiatrist (NFI). SUBJECT did not provide complete information about any recommended course of treatment or compliance with such treatment. SUBJECT claimed the CSP examination process has exacerbated his anxiety to the degree that he recently sought mental health treatment again (04 November 2013). SUBJECT was disinclined to be forthright whenever he perceived his personal agenda was at stake. SUBJECT appeared to lack self-awareness and was not deemed to be a credible or reliable self-historian.

**AGENCY EXHIBIT B 6**

(U//FOUO) On 10 February 2014, a DIA Insider Threat Mitigation Panel (INTP) convened. After a thorough discussion of the facts and circumstances in this matter, the Panel concurred that as an initial insider threat mitigation strategy, SUBJECT will be returned to DIA HQ in order to discontinue the transference of risk to USSOCOM. InTP will consult and coordinate with OHR to facilitate SUBJECT's permanent change of station (PCS).

(U) OHR, in coordination with the Academy for Defense Intelligence (ADI), identified a position for SUBJECT within DIA HQ and initiated PCS actions.

(U) On 4 June 2014, SUBJECT filed a "Notice to Appeal" DIA's decision to PCS SUBJECT to DIA HQ.

(U) On 28 July 2014, the Director of Security convened a meeting to discuss SUBJECT's "Notice to Appeal" and develop a way ahead. See the attached report.

Please don't hesitate to call me should you have any questions.

Regards,

Steve

---

Steven D. McIntosh, DISL
DIA Insider Threat Program Coordinator
Defense Intelligence Agency
Telephone:
VoIP:
Tandberg:


CLASSIFICATION: UNCLASSIFIED//FOUO/PA - DATA

CLASSIFICATION: UNCLASSIFIED//FOUO/PA - DATA

CLASSIFICATION: UNCLASSIFIED//FOUO/PA - DATA

3

**AGENCY EXHIBIT B 7**

**DIA USA Government**

**From:** ▮▮ L DIA USA Government
**Sent:** Friday, September 30, 2011 11:16 AM
**To:** ▮▮ DIA USA Government
**Cc:** ▮▮ DIA USA Government; ▮▮ D DIA USA Government
**Subject:** RE: Morter, John Samual  271 68 2102    #10-1003416

CLASSIFICATION: UNCLASSIFIED

▮,

Mr Morter has not had any additional testing since March 2011 because he's not in the local area. Unless his office will fund a TDY, he will be tested when our team goes back to Florida in 2012.

v/r

▮

**From:** ▮ DIA USA Government
**Sent:** Friday, September 30, 2011 10:51 AM
**To:** ▮ L DIA USA Government
**Cc:** ▮ A DIA USA Government; ▮ D DIA USA Government; ▮ DIA USA Government
**Subject:** Morter, John Samual ▮ #10-1003416

CLASSIFICATION: UNCLASSIFIED

Subject failed 3/23/11 and 3/25/11 with regard to mishandling of classified and foreign contacts. Report says additional testing is necessary and will be scheduled. Has additional testing been scheduled?
Thanks,

▮

CLASSIFICATION: UNCLASSIFIED

CLASSIFICATION: UNCLASSIFIED

1

**AGENCY EXHIBIT M 1**

**DIA USA Government**

| | |
|---|---|
| From: | █████ DIA USA Government |
| Sent: | Friday, August 03, 2012 8:36 AM |
| To: | ███████ DIA USA Government |
| Cc: | ███████ DIA USA Government; ███████ DIA USA Government; ███ D DIA USA Government; ███████ DIA USA Government |
| Subject: | RE: John Morter |

CLASSIFICATION: UNCLASSIFIED//FOUO

Ms. ██████

Pending information from USAF OSI.

██████

Supervisory Special Agent

Investigations Division - DC Field Office

Counterintelligence and Security Office

Defense Intelligence Agency

██████

██████

From: ███████ DIA USA Government
Sent: Thursday, August 02, 2012 1:08 PM
To: ███████ DIA USA Government
Cc: ███████ DIA USA Government; ███████ DIA USA Government; ███ D DIA USA Government; ███████ DIA USA Government

Subject: RE: John Morter

1

**AGENCY EXHIBIT M 2**

CLASSIFICATION: UNCLASSIFIED//FOUO

Good afternoon, Mr. ▮

Could I please get an update reference the final report for Mr. Morter?

Thanks,

▮ ▮

Security Specialist

Personnel Security Division

Defense Intelligence Agency

Comm: ▮

Grey: ▮

Fax: ▮

From: ▮ DIA USA Government
Sent: Tuesday, July 24, 2012 10:18 AM
To: ▮ DIA USA Government
Cc: ▮ DIA USA Government; ▮ DIA USA Government; ▮ D DIA USA Government; ▮ DIA USA Government

Subject: RE: John Morter

CLASSIFICATION: UNCLASSIFIED//FOUO

Ms. ▮

**AGENCY EXHIBIT M 3**

He was re-interviewed and poly but did not pass poly with no reportable info. I don't think poly plans to re-test him. We need to do some other things and then submit report.

▇

Supervisory Special Agent

Investigations Division - DC Field Office

Counterintelligence and Security Office

Defense Intelligence Agency

▇

▇ (S)

From: ▇ DIA USA Government
Sent: Tuesday, July 24, 2012 9:17 AM
To: ▇ DIA USA Government
Cc: ▇ DIA USA Government; ▇ DIA USA Government; ▇ D DIA USA Government; ▇ DIA USA Government

Subject: RE: John Morter
Importance: High

CLASSIFICATION: UNCLASSIFIED//FOUO

Good morning, Mr. ▇.

Could you please give me an update on Mr. Morter's last interview and polygraph results?

Thanks,

3

**AGENCY EXHIBIT M 4**

███ ███

Security Officer

Personnel Security Division

Defense Intelligence Agency

Comm: ███

Grey: ███

Fax: ███

From: ███ DIA USA Government
Sent: Thursday, June 07, 2012 1:02 PM
To: ███ DIA USA Government
Subject: FW: John Morter

CLASSIFICATION: UNCLASSIFIED//FOUO

Re Morter -

From: ███ DIA USA Government
Sent: Thursday, June 07, 2012 12:54 PM
To: ███ DIA USA Government
Cc: ███ DIA USA Government; ███ DIA USA Government; ███ D DIA USA Government; ███ DIA USA Government

Subject: RE: John Morter

CLASSIFICATION: UNCLASSIFIED//FOUO

███

**AGENCY EXHIBIT M 5**

This case is assigned to DAC-4B/DIAHQ, not Clarendon.  To answer the question, SUBJECT is located in Tampa, FL and the plan is to conduct a SUBJECT interview and determine if polygraph will re-test SUBJECT.  Since we do not have anyone in Tampa, FL to conduct the SI, we will direct or attempt to have HIM come to the DC area TDY for the SUBJECT interview and possible polygraph re-test.

▓▓▓▓▓

Supervisory Special Agent

Investigations Division - DC Field Office

Counterintelligence and Security Office

Defense Intelligence Agency

▓▓▓▓▓

▓▓▓▓▓ (S)

From: ▓▓▓▓▓ DIA USA Government
Sent: Thursday, June 07, 2012 12:36 PM
To: ▓▓▓▓▓ DIA USA Government
Subject: FW: John Morter

CLASSIFICATION: UNCLASSIFIED//FOUO

K-Bar case

**AGENCY EXHIBIT M 6**

From: ▓▓▓▓ DIA USA Government
Sent: Thursday, June 07, 2012 10:00 AM
To: ▓▓▓▓ DIA USA Government; ▓▓▓▓ DIA USA Government
Cc: ▓▓▓▓ DIA USA Government
Subject: FW: John Morter

CLASSIFICATION: UNCLASSIFIED//FOUO

▓▓▓▓ forgot to copy you.

▓▓▓▓

From: ▓▓▓▓ DIA USA Government
Sent: Thursday, June 07, 2012 9:03 AM
To: ▓▓▓▓ DIA USA Government
Cc: ▓▓▓▓ D DIA USA Government; ▓▓▓▓ DIA USA Government
Subject: FW: John Morter

CLASSIFICATION: UNCLASSIFIED//FOUO

Good morning, ▓▓▓▓.

The attached polygraph was fwd to you guys from DAC-5 a couple of months ago. Were/are there any plans to interview SUBJ?

HISTORY: SUBJ and his wife (CNTR: ▓▓▓▓ ▓▓▓▓) have both failed to successfully complete 3 CI polygraphs EACH; Mrs. Morter also failed one with another agency. Because of this unique situation, ▓▓▓▓ needs to brief Mr. ▓▓▓▓ this morning to explain what has happened and what our plan of attack is.

Your quick input would be greatly appreciated.

**AGENCY EXHIBIT M 7**

Thanks!

▇▇▇ ▇▇▇

Divisions Operations Officer

Personnel Security Division

Defense Intelligence Agency

Comm: ▇▇▇

Grey: ▇▇▇

Fax: ▇▇▇

From: ▇▇▇ ▇▇▇ L DIA USA Government
Sent: Thursday, June 07, 2012 8:34 AM
To: ▇▇▇ DIA USA Government
Subject: John Morter

CLASSIFICATION: UNCLASSIFIED//FOUO

CLASSIFICATION: UNCLASSIFIED//FOUO

CLASSIFICATION: UNCLASSIFIED//FOUO

CLASSIFICATION: UNCLASSIFIED//FOUO

CLASSIFICATION: UNCLASSIFIED//FOUO

**AGENCY EXHIBIT M 8**