UNCLASSIFIED//FOR OFFICIAL USE ONLY



**DEFENSE INTELLIGENCE AGENCY**
**WASHINGTON, D.C. 20340**



FOUO-94,210/SEC-3B

FEB 0 6 2014

To:         Mr. John S. Morter

Subject:    Advisory Letter Concerning Continued Access to Sensitive Compartmented Information

References: a. Executive Order 12968, Access to Classified Information, 2 August 1995
            b. Intelligence Community Directive 704, "Personnel Security Standards and Procedures Governing Eligibility for Access to Sensitive Compartmented Information and Other Controlled Access Program Information," 1 October 2008
            c. Department of Defense Regulation 5200.2-R, "Personnel Security Program," January 1987 (Change 3, 23 February 1996)

1. The Defense Intelligence Central Adjudication Facility is the Sensitive Compartmented Information (SCI) adjudicative authority for all personnel affiliated with the Defense Intelligence Agency (DIA). All personnel required to have access to SCI are subject to initial and periodic examinations of a sufficient period of their lives to make a determination that they are not now nor are likely to become unacceptable security risks. These examinations include a review of a person's general character through personal interviews and/or background investigations.

2. In accordance with the above references, you are issued this Advisory Letter due to your inability to successfully pass four Counterintelligence Scope Polygraph examinations on 23 March 2011, 25 March 2011, 31 January 2012, and 26 June 2012, respectively, and your diagnosis for Adjustment Disorder with Anxiety 309.24.

3. The US Government recognizes the critical importance of mental health and advocates proactive management of mental health conditions to support wellness and recovery. The decision to seek mental health care will not in and of itself adversely impact an individual's ability to obtain or maintain a national security position. In fact, seeking personal wellness and recovery may favorably impact the individual's eligibility for a national security position. All information pertaining to treatment will be handled on a strict need-to-know basis and any misuse of information provided will be punishable under applicable privacy laws.

4. A favorable security clearance determination was made on the basis of your decision to seek mental health care and comply with treatment recommendations, viewed as positive signs that you recognized a problem existed and you were willing to take steps towards resolving them. Any changes in your condition, diagnosis, treatment, prognosis, or incidents arising from such should be reported to the DIA Central Adjudication Facility. You are encouraged to continue your counseling/treatment with your psychiatrist concerning your diagnosis and address your anxiety associated with the CSP examination.

*PERSONAL DATA*
*To Be Treated in a Confidential Manner*
**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

ATTACHMENT 2
pg. 1 of 2

**AGENCY EXHIBIT C 1**

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

5. Eligibility for SCI is a process of continuing evaluation. Any failure by you to maintain security standards, that could raise questions as to your judgment, reliability, or willingness to adhere to security requirement, may result in loss of SCI access eligibility.

6. By your receipt and signature for this Advisory Letter, you are acknowledging the responsibilities that attend the trust the government places in those to whom it gives security clearances. There is no restriction on your use or disclosure of the information.

Enclosures
1. Acknowledgement Receipt
2. Pertinent Adjudicative Guidelines

Karen D.B. McCord
Chief, Defense Intelligence
Central Adjudication Facility

*PERSONAL DATA*
*To Be Treated in a Confidential Manner*
**UNCLASSIFIED//FOR OFFICIAL USE ONLY**

ATTACHMENT 2
pg. 2 of 2

**AGENCY EXHIBIT C 2**