UNCLASSIFIED



DEFENSE INTELLIGENCE AGENCY
WASHINGTON, DC 20340-5100



U-14-87.038/TMC

21 May 2014

To: GG-13 John S. Morter
Joint Operations Intelligence Center
U.S. Special Operations Command
MacDill AFB, FL

SUBJECT: Reassignment Action

1. The Defense Intelligence Agency Insider Threat Program (DIA InTP) bears responsibility for identifying and mitigating security vulnerabilities presented by the assignment of DIA employees to any position. A security vulnerability may exist due to a number of factors, including those that are beyond the direct control of the employee. Regardless of the type of vulnerability, the DIA InTP must determine how best to mitigate the potential for harm to national security.

2. It is fundamental to the process that DIA InTP not ask other elements of the Department of Defense to accept the potential risk presented by any security vulnerability. In that vein, DIA will not ask a Combatant Command to host a DIA employee within their operations when a security mitigation plan must be implemented that is not in line with the command's mission or capabilities.

3. Your inability to successfully complete the counterintelligence-scope polygraph examination, which is a basic security requirement for all DIA employees, presents a security vulnerability that must be mitigated. As you know, the inability to pass the examination does not -- on its own -- suggest you are a risk to national security. Instead, it presents a vulnerability that must be considered and properly mitigated. The mitigation strategy implemented is designed to better protect national security while giving you the opportunity to eliminate the vulnerability.

4. The DIA InTP has determined this vulnerability can be properly mitigated by an assignment to DIA Headquarters. This is not intended to be a setback with respect to your career. As noted above, it is instead intended to give you and this Agency a better opportunity to eliminate the vulnerability. The DIA InTP has requested the Office of Human Resources (OHR) reassign you to a DIA Headquarters. Upon arrival at DIA Headquarters, you will meet with your new leadership team and a representative from the DIA InTP to discuss future requirements and actions designed to resolve this vulnerability.

STEVEN D. McINTOSH
Insider Threat Program Coordinator

cc: OGC (Mr. Evitt)
SEC (Ms. McCord)
OHR (Ms. Sanborn)

UNCLASSIFIED
000145

Attachment A

Exhibit F–2f