| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: MORTER, JOHN S  
Treatment Facility: 6TH MEDICAL GROUP   Clinic: BEHAVIORAL HEALTH - FPC  
Patient Status: Outpatient  

Date: 17 Oct 2013 1133 EST  

Appt Type: ACUT  
Provider: MAGEE,HEATHER E  

AutoCites Refreshed by MAGEE,HEATHER E @ 17 Oct 2013 1135 EST

Allergies  
•PENICILLINS: Unknown (SWELLING  
UPDATED 13DEC06CME)

Reason for Appointment: Written by MAGEE,HEATHER E @ 17 Oct 2013 1133 EST  
walkin from Miranda

SO Note Written by MAGEE,HEATHER E @ 04 Nov 2013 1629 EST  
**Chief complaint**  
The Chief Complaint is: Stress.  
**Referred here**  
By PCM (Miranda).  
**History of present illness**  
   The Patient is a ▮ year old male.  
This is the initial visit to the IBHC clinic.  
Source of information was self.  
Feedback was provided to the PCM (Miranda).  
- Pt was given IBHC brochure describing the behavioral health program. Discussed with patient model of service to include the limits of confidentiality (i.e. abuse reporting, suicide intervention, etc.) and short-term intervention focused approach  
- Pt indicated understanding.  
Patient was seen for 30 minute IBHC appointment.  
   Previous history of visit is not deployment-related.

<<Note accomplished in TSWF-IBHC Adjustment/Stress tab>>

Pt reports somatic complaints that he believes are the result of job-related stress.

Description of symptoms: Tightness in chest, SOB, trembling, racing thoughts, concentration difficulties, sweating, persistent self-doubt

Duration: Past 3-4 months

Factors related to onset of problem: Change in job responsibilities

Frequency and severity of problem: Occurs whenever at work or thinking about going to work, moderate severity

Course of problem: Worsening

Aggravating/alleviating factors: Sx improved on weekends; sx aggravated by being at/thinking about work, interacting with difficult coworkers

Current tx: None

Past tx: None

Functional impact: Moderate

Adjustment Interventions:  
[X] Provided support  
[X] Discussed various factors related to the development and maintenance of stress  
   (including biological, cognitive, behavioral, and environmental factors).  
[X] Trained in relaxation strategies (deep breathing)  
[X] Trained in challenging distressing thoughts and replacing with more balanced thinking  
[X] Discussed self care (sleep, nutrition, rewarding activities, social support, exercise)

| Name/SSN: MORTER, JOHN S/▮ | | | | |
|---|---|---|---|---|
| FMP/SSN: | Sex: M | | Sponsor/SSN: | MORTER, JOHN S ▮ |
| DOB: | Tel H: | | Rank: | MASTER SERGEANT |
| PCat: F31.2 USAF RET LOS ENLISTED | Tel W: | | Unit: | 55555 (UNKNOWN) |
| MC Status: TRICARE PRIME (CHAMPUS) | CS: | | Outpt Rec. Rm: | CENTRAL RECORDS |
| Insurance: No | Status: | | PCM: | |
| | | | Tel. PCM: | |

CHRONOLOGICAL RECORD OF MEDICAL CARE  
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)  
Prescribed by GSA and ICMR  
FIRMR (41 CFR) 201-45.505

Page 1 of 3

**AGENCY EXHIBIT D 1**

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| 17 Oct 2013 1133 | Facility: 6th Medical Group   Clinic: BEHAVIORAL HEALTH - FPC   Provider: MAGEE,HEATHER E |

[X] Provided IBHC patient education handout on Stress Management

**Allergies**
Current Allergies Reviewed. PCN.
**Current medication**
Flonase q day
Floucinonide USP 0.05%
Motrin

**Past medical/surgical history**
Reported:
 Recent Events: Medication compliance.
 Medical: Reported medical history SAR
 Eczema/atopic dermatitis.
 Surgical / Procedural: Surgical / procedural history inguinal hernia 1999
 toothpick removal from bowel Feb 2011
 Hernia repair-Sep 2012.
**Personal history**
Social history reviewed none.
Behavioral: Caffeine use. Tobacco use
. Former smoker / Tobacco Use. Quit Date: 7 yrs ago.
Alcohol: Alcohol use: Type:beer   Frequency: wkly  Amt: 12 pk.
History
What is Your Preferred Method of Learning?   [ ] Verbal [ ] Written   [ ] Visual  [x] Other (Specify):
Do You Feel Safe at Home?   [x] Yes  [ ] No
Advanced Directives Completed?   [ ] Yes  [x] No
Do you have any cultural or religious beliefs that may affect your care?  [ ] Yes   [ ] No
Are you enrolled in EFMP?   [ ] Yes   [x] No
Contact #
**Family history**
 Family medical history none.
**Review of systems**
Systemic: Not feeling tired (fatigue).
Gastrointestinal: Appetite not normal.
Neurological: Decreased concentrating ability. No disorientation.
Psychological: Sleep disturbances. Normal enjoyment of activities, a desire to continue living, not thinking about suicide, not having a suicide plan, and no stated intent to commit suicide. No homicidal thoughts, not thinking of a way to do it, and without a stated intent to kill. No frequent thoughts of death /morbid ideation and no impulsive behavior.
**Physical findings**
General Appearance:
 * Alert. * Well developed. * Well nourished. * In no acute distress.
Neurological:
 * No disorientation was observed, oriented to place, person, time, and situation. * No hallucinations. * Memory was unimpaired. * Remote memory was not impaired. * Recent memory was not impaired. * Judgement was not impaired.
 Speech: * Normal, regular rate, non-pressured. * Rate was not slowed. * Not pressured. * Tone was not a monotone.
Psychiatric:
 Demonstrated Behavior: · Behavior demonstrated psychomotor agitation. * No decreased eye-to-eye contact was observed.
 Attitude: * Cooperative.
 Mood: - Anxious.
 Affect: * Congruent with the mood.
 Thought Processes: * Not impaired, they were linear, logical, and goal directed. * Attention demonstrated no abnormalities.
  * Attention span was not decreased.
 Thought Content: * Insight was intact. * No delusions.


A/P Written by MAGEE,HEATHER E @ 04 Nov 2013 1629 FST
1. ADJUSTMENT DISORDER WITH ANXIETY 309.24:

Adjustment Recommendations for patient:
[X] Review BHC handout on Stress Management
[X] Practice deep breathing technique 4-5 times per day, both for overall relaxation and for skill development
[X] Challenge unhelpful thinking
[X] F/u with PCM as needed

| Name/SSN: MORTER, JOHN S | | | | |
|---|---|---|---|---|
| | Sex: | M | Sponsor/SSN: | MORTER, JOHN S |
| FMP/SSN: | Tel H: | | Rank: | MASTER SERGEANT |
| DOB: | Tel W: | | Unit: | 55555 (UNKNOWN) |
| PCat: F31.2 USAF RET LOS ENLISTED | CS: | | Outpt Rec. Rm: | CENTRAL RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | | PCM: | |
| Insurance: No | | | Tel. PCM: | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
Page 2 of 3

AGENCY EXHIBIT D 2

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| 17 Oct 2013 1133 | Facility: 6th Medical Group   Clinic: BEHAVIORAL HEALTH - FPC   Provider: MAGEE,HEATHER E |

[X] F/u with BHC in 3-4 weeks

Pt in agreement with plan
Referral to specialty mental health not deemed necessary at this time
No f/u in BHC scheduled; Pt to review his schedule and call for f/u appointment

Adjustment Recommendations for PCM Team:
[X] Reinforce recommendations provided to Pt

Disposition Written by MAGEE,HEATHER E @ 04 Nov 2013 1630 EST
Released w/o Limitations
Follow up: for therapy 2 to 3 week(s).
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By MAGEE, HEATHER E (Behavioral Health Consultant/Licensed Psychologist, 6MDG, MacDill AFB) @ 04 Nov 2013 1630

*[signature]*
Heather Magee, Ph.D.
FL Licensed Psychologist, PY-8345
Behavioral Health Consultant
MacDill AFB, FL 33621

| Name/SSN: MORTER, JOHN S | | | | |
|---|---|---|---|---|
| | Sex: M | | Sponsor/SSN: | MORTER, JOHN S |
| FMP/SSN: | Tel H: | | Rank: | MASTER SERGEANT |
| DOB: | Tel W: | | Unit: | 55555 (UNKNOWN) |
| PCat: F31.2 USAF RET LOS ENLISTED | CS: | | Outpt Rec. Rm: | CENTRAL RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | | PCM: | |
| Insurance: No | | | Tel. PCM: | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Page 3 of 3

**AGENCY EXHIBIT D 3**