UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN S. MORTER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 23-0343 (JEB) |
| LLOYD AUSTIN,<br>Secretary of Defense, | ) ) ) |
| Defendant. | ) ) |

## **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, any responses and replies thereto, and the entire record herein, it is hereby

ORDERED that Defendant's Motion is GRANTED, and it is further

ORDERED that [Plaintiff's claims are dismissed] [summary judgment is granted in Defendant's favor].

This is a final appealable order.

It is **SO ORDERED** this _____ day of _____, 2023.

_____
James E. Boasberg
United States Magistrate Judge