## **CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that he will cause a copy of the foregoing to be served upon the pro se Plaintiff, John S. Morter, via regular mail, on the 25th day of September, 2023, at the following address:

John S. Morter
6815 Quail Hollow Blvd.
Wesley Chapel, FL 33544

            /s/ *Stephen DeGenaro*
            Assistant United States Attorney