UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN S. MORTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LLOYD AUSTIN,<br>Secretary of Defense,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Civil Action No. 23-0343 (JEB)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's Statement of Claims, Material Facts, and Demand for Relief in Opposition to Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, any responses and replies thereto, and the entire record herein, it is hereby

ORDERED that Defendant's Motion is DENIED, and it is further

ORDERED that [summary judgment is granted in Plaintiff's favor and awarded damages].

This is a final appealable order.

It is **SO ORDERED** this _____ day of _____, 2023.

_____
James E. Boasberg
United States Magistrate Judge