**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he will cause a copy of the foregoing to be served upon the Defendant, Lloyd Austin, via regular mail to his appointed attorney, on the 23rd day of October 2023, at the following address:

Stephen M. DeGenaro
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street, N.W.
Washington, D.C. 20530

John S. Morter, MSgt, USAF Retired
Plaintiff