# REQUEST/AUTHORIZATION FOR DOD CIVILIAN PERMANENT DUTY OR TEMPORARY CHANGE OF STATION (TCS) TRAVEL

*(Reference: Joint Travel Regulations) (Read Privacy Act Statement on back before completing form.)*

## SECTION I - REQUEST FOR OFFICIAL TRAVEL

| 1. DATE (YYYYMMDD) | 2. NAME (Last, First, Middle) | 3. SOCIAL SECURITY NUMBER |
|---|---|---|
| 20140724 | MORTER, JOHN S | 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 |

| 4. NEW POSITION TITLE | 5. GRADE OR RATING | 6. RETIREMENT CODE (Insert retirement code from Block 30 of employee's most recent SF-50. If unknown, employee should contact their servicing personnel office.) |
|---|---|---|
| ANALYST | GG 13 | FERS/FICA |

| 7. RELEASING OFFICIAL STATION AND LOCATION, OR ACTUAL RESIDENCE | 8. NEW OFFICIAL STATION AND LOCATION, ACTUAL RESIDENCE OR ALTERNATE DESTINATION |
|---|---|
| TAMPA, FL | WASHINGTON, DC |
| HHG SHIPMENT FROM: TAMPA, FL | HHG SHIPMENT TO: WASHINGTON, DC |

**9. REPORTING DATE AT NEW DUTY STATION (YYYYMMDD)**  O/A 20140824

**10. TRAVEL PURPOSE**
- [x] BETWEEN OFFICIAL STATIONS
- [ ] RENEWAL AGREEMENT
- [ ] RETURN FROM OVERSEAS FOR SEPARATION
- [ ] TEMPORARY CHANGE OF STATION
- [ ] OTHER

**11. TRANSPORTATION MODE**
- [ ] GOVERNMENT
- [ ] COMMERCIAL
- [ ] MILEAGE RATE: $ 0.24
- [x] POC
- [ ] RAIL
- [ ] AIR

**12a. PER DIEM FOR EMPLOYEE**  [x] YES  [ ] NO
**b. PER DIEM FOR DEPENDENT(S)**  [x] YES  [ ] NO

**13a. ROUND TRIP TRAVEL FOR HOUSE-HUNTING**
- [ ] YES  [x] NO
- [ ] ACTUAL EXPENSE  [ ] FIXED
- b. NUMBER OF DAYS (Including travel)  0

**14a. TEMPORARY QUARTERS SUBSISTENCE EXPENSE**
- [x] YES  [ ] NO
- [x] ACTUAL EXPENSE  [ ] FIXED
- b. NUMBER OF DAYS AUTHORIZED  60

**15a. HOUSEHOLD GOODS (HHG) SHIPMENT**
- [x] YES  [ ] NO
- [ ] COMMUTED RATE
- [x] GOVERNMENT BILL OF LADING (GBL)
- b. NET WEIGHT AUTHORIZED  18,000 LBS

**16. OTHER AUTHORIZED EXPENSES**
- [x] TEMPORARY STORAGE OF HHG
- [ ] NONTEMPORARY STORAGE OF HHG
- [ ] RELOCATION SERVICES
- [ ] PROPERTY MANAGEMENT SERVICES
- [ ] REAL ESTATE EXPENSES
- [ ] UNEXPIRED LEASE
- [x] RELOCATION INCOME TAX ALLOWANCE
- [ ] POV SHIPMENT  [ ] CONUS  [ ] OCONUS
- [x] MISCELLANEOUS EXPENSES
- [ ] TRAVEL ADVANCE AUTHORIZED (Amount) $ 0

**17. DEPENDENT TRAVEL**
- [x] CONCURRENT
- [ ] DELAYED
- [ ] EARLY RETURN
- [ ] NOT AUTHORIZED

| 18a. DEPENDENT TRAVEL FROM (Home Address) | b. TO (New PDS) |
|---|---|
| TAMPA, FL | WASHINGTON, DC |

**19. DEPENDENTS**

| a. NAME (Last, First, Middle Initial) | b. RELATIONSHIP | c. DATE OF BIRTH (YYYYMMDD) |
|---|---|---|
| MORTER, KAREN P | SPOUSE | |

**20. ESTIMATED COST**

| a. PER DIEM | b. TRAVEL | c. OTHER | d. TOTAL |
|---|---|---|---|
| $ 677.00 | $ 218.00 | $ 44,528.00 | $ 45,423.00 |

**21. TRANSPORTATION AGREEMENT SIGNED** (X one)
- [ ] YES  [x] NO
- DATE SIGNED (YYYYMMDD)

## SECTION II - AUTHORIZATION FOR OFFICIAL TRAVEL

**22. ACCOUNTING CITATION**  REFER TO BLOCK 28

**23. APPROVING OFFICIAL**
a. TITLE  HEATHER HORSLEY, CHIEF, PAY AND BENEFITS DIVISION  *For*
b. SIGNATURE  Rosar Honor A d868954 — Digitally signed by Rosar Honor A d868954, DN: c=US, o=U.S. Government, ou=DoD, ou=DoDIIS, ou=People, cn=Rosar Honor A d868954. Date: 2014.07.28 11:55:45 -04'00'

**24. AUTHORIZING/ORDER-ISSUING OFFICIAL**
a. TITLE  CYNTHIA WALKER CFO/MS2 BRANCH CHIEF
b. SIGNATURE  Walker Cynthia W d298513 — Digitally signed by Walker Cynthia W d298513, DN: c=US, o=U.S. Government, ou=DoD, ou=People, cn=Walker Cynthia W. Date: 2014.07.28 14:37:15 -04'00'
c. ORGANIZATION ADDRESS  202-231-3916  HR

| 25. TRAVEL AUTHORIZATION NUMBER | 26. DATE ISSUED (YYYYMMDD) |
|---|---|
| PS4L000049/0000233019 | 07/24/2014 |

**DD FORM 1614, MAY 2003**   PREVIOUS EDITION IS OBSOLETE.

**PRIVACY ACT STATEMENT**
(5 U.S.C. §552a)

**AUTHORITY:** 5 U.S.C. §§5701, 5702; and E.O. 9397 (SSN).

**PRINCIPAL PURPOSE(S):** Used as authority to issue transportation documents, bills of lading for household goods and automobiles, and as a supporting authorization for cash payment of travel and transportation allowances.

**ROUTINE USE(S):** None.

**DISCLOSURE:** Voluntary; however, failure to provide the requested information may preclude timely consideration of your request.

## SECTION III - ADMINISTRATIVE INFORMATION

**27. CLAIMANT - FORWARD COMPLETED SETTLEMENT CLAIM TO THE FOLLOWING ADDRESS:**
(Losing/Gaining Activity - provide the address to where the employee should submit this claim for final disbursement.)

FOR REIMBURSEMENT: SUBMIT TRAVEL VOUCHER, APPLICABLE RECEIPTS, A COPY OF YOUR ORDER & ALL AMENDMENTS TO 443-654-4037/8 OR EMAIL ON JWICS TO DIA_PCS@NSA.IC.GOV. CUSTOMER SERVICE 443-654-3690. ALL TRAVEL VOUCHERS MUST BE APPROVED BY THE PCS TEAM.

PCS POC'S: MS BOULDIN, 202-231-4050, MS ROSAR 202-231-3916, & MS MORRIS 202-231-5780

**28. REMARKS OR OTHER AUTHORIZATIONS** (Use this space for special requirements, leave, excess baggage, etc., or other authorization.)
    This PDT/TCS travel authorization may be amended by the gaining activity.  Expenses/charges not allowed at Government expense are the financial responsibility of the employee concerned.

MORTER, JOHN S; 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; REPORT DATE O/A 20140824

PCS ENTITLEMENTS EXPIRE ONE YEAR FROM EMPLOYEE'S REPORTING DATE TO NEW DUTY STATION.

AUTHORIZED PCS TRAVEL VIA ONE POV.

AUTHORIZED 60 DAYS TEMPORARY STORAGE OF HOUSEHOLD GOODS.  AUTHORIZED EXCUSED ABSENCE FOR HHG PICKUP, DELIVERY, AND PCS-RELATED ACTIVITIES THAT CANNOT BE CONDUCTED OUTSIDE NORMAL BUSINESS HOURS. MANAGEMENT APPROVAL IS REQUIRED IN ADVANCE. REFERENCE: DIAI 1424.001.C9.21.

AUTHORIZED PARTIAL PROCURED MOVE OF HOUSEHOLD GOODS (HHG). FOR PERSONALLY PROCURED TRANSPORTATION OF HHG, THE EMPLOYEE MUST MAKE THE NECESSARY ARRANGEMENTS FOR THE HHG MOVE AND PAY FOR THE MOVE. REIMBURSEMENT IS LIMITED TO ACTUAL EXPENSES INCURRED BY THE EMPLOYEE NOT TO EXCEED THE COST OF A GOVERNMENT ARRANGED MOVE FOR THE SAME WEIGHT OF HHG. RECEIPTS ARE REQUIRED. IF SELF-PROCURED MOVE IS ANTICIPATED, CONTACT SERVICING TMO FOR ADDITIONAL INFORMATION AND REQUISITE DOCUMENTATION.

TQSE (AE) AUTHORIZED: 20140724.

ACCOUNTING CITATION:
```
FICA    $   358  9740100.4400  1142A9  12174  S49205  D8LBP11411  LBXX  P2HC104T1  XXXX
TQSE    11,610  9740100.4400  1142A9  12184  S49205  D8LBP11407  LBXX  P2HC104T1  XXXX
MEA      1,300  9740100.4400  1142A9  12186  S49205  D8LBP11405  LBXX  P2HC104T1  XXXX
RITA     4,260  9740100.4400  1142A9  12196  S49205  D8LBP11403  LBXX  P2HC104T1  XXXX
TVL/PD     895  9740100.4400  114MS9  21003  S49205  D8LBP11404  42BXX  1PMSOHR0T5  1038B000
HHG     27,000  9740100.4400  114MS9  22002  S49205  D8LBP11404  42BXX  1PMSOHR0T5  1038B000  TAC: HHBK
```

DD FORM 1614 (BACK), MAY 2003