**sammorter@aol.com**

| | |
|---|---|
| **From:** | Morter, John S CIV USSOCOM HQ <John.Morter@socom.mil> |
| **Sent:** | Wednesday, August 13, 2014 12:17 PM |
| **To:** | sammorter@aol.com |
| **Cc:** | sammorter@gmail.com |
| **Subject:** | FW: MORTER, JOHN C-C PCS ORDERS |
| **Attachments:** | MORTER, JOHN C-C PCS ORDERS.pdf; PCS Guide 2013.pdf |

-----Original Message-----
From: Rosar, Honor [mailto:Honor.Rosar@dodiis.mil]
Sent: Thursday, August 07, 2014 9:38 AM
To: Morter, John S CIV USSOCOM HQ
Cc: Bouldin, Dominique; Morris, Charlotte H.; rch0088@socom.ic.gov
Subject: MORTER, JOHN C-C PCS ORDERS

Please find attached your PCS orders to WASHINGTON, DC.  Also attached is another copy of the PCS guide for your reference.

Now that you have your PCS orders, you can make an appointment with the nearest military Transportation Management Office (TMO) for a briefing and guidance on your household goods shipment.

Your travel claim and CONUS allowance claims, e.g., TQSE and miscellaneous expense allowance, should be filed with the PCS team for review and approval.  The PCS team will forward the travel claim to NSA.

Safe travels and best wishes as you begin your new assignment.

Honor Rosar

Human Resources Specialist

OHR5 PCS Team

202.231.3916