


# DEFENSE INTELLIGENCE AGENCY
Washington, D.C. 20340-5100

## POLYGRAPH EXAMINATION REPORT

**File Number:** 10-10003416
**Subject:** MORTER, John Samuel, ████████, ████████ USA, PB-04
**Directorate:** ████████
**Examination:** Initial Counterintelligence Scope Polygraph Examination
**Date:** March 23, 2011
**Location:** ████████

**Summary:** On March 23, 2011, SUBJECT **did not** successfully complete an initial Counterintelligence Scope Polygraph Examination. The issues of mishandling classified information and unauthorized foreign contacts remain unresolved. HE has resolved the issues of espionage, sabotage, and terrorism. Further testing is anticipated. Details of the examination are included in the examination chronology below.

## EXAMINATION CHRONOLOGY

1. SUBJECT was asked the following questions during Series I subtest A of the examination:

    a. Have you been involved in espionage or terrorism against the U.S.?

    b. Have you deliberately damaged any government information or defense system?

2. Analysis of the data collected during subtest A of the examination revealed SUBJECT displayed **No Significant Response** to the questions.

3. SUBJECT was asked the following questions during Series I subtests B1 and B2 of the examination:

    a. Have you deliberately mishandled classified information?

    b. Have you had unreported foreign contacts?

4. Analysis of the data collected during subtest B1 revealed **No Opinion** could be rendered. SUBJECT did not express any concerns about the security questions and they were again asked during subtest B2. Analysis of the data collected during subtest B2 revealed **No Opinion** could be rendered. SUBJECT stated HE was becoming increasingly anxious but had no concerns specific to the security questions. Examiner elected to change test formats.

FOR OFFICIAL USE ONLY – PRIVACY ACT DATA

**Polygraph Examination Report Continued**: MORTER, John, ███████████, USA, PB-04

5. SUBJECT was asked the following questions during Series II of the examination:

    a. Have you had secret foreign contacts?

    b. Have you purposely mishandled classified information?

6. Analysis of the data collected during Series II of the examination revealed **No Opinion** could be rendered. During the post test interview, SUBJECT expressed concerns about issues peripheral to the security questions coupled with increasing general anxiety. Based upon HIS concerns, the relevant questions were reworded during the following Series.

7. SUBJECT was asked the following questions during Series III of the examination:

    a. Do you now have classified material outside government control?

    b. Have you deliberately provided classified information to an uncleared person?

    c. Are you hiding from me secret foreign contacts?

8. Analysis of the data collected during Series III of the examination revealed **No Opinion** could be rendered. SUBJECT continued to express concerns about general anxiety and difficulty following the testing protocols. SUBJECT agreed to return for additional testing at a later date.