

# DEFENSE INTELLIGENCE AGENCY

WASHINGTON, D.C. 20340-5100



U-104, 038 (CAP/SEC-5)                                                                 April 29, 2015

To:         Office of Workers' Compensation Programs
            PO Box 8300 District 6 JAC
            London, KY 40742-8300

Subject:    Inquiry Regarding John S. Morter

References: a. Telephone Conversation with Department of Labor Case Manager, Ms. Ball
               and Chief, Defense Intelligence Agency Credibility Assessment Program o/a
               April 22, 2015
            b. U.S. Department of Labor Inquiry Letter to Defense Intelligence Agency,
               Civilian Personnel Division, Regarding John S. Morter, March 5, 2015

1. Pursuant to reference (a) above, the below information pertains to the counterintelligence-scope polygraph (CSP) screening examinations administered by the Defense Intelligence Agency (DIA) Credibility Assessment Program (CAP) to Mr. John S. Morter.

   a. Mr. Morter underwent CSP examinations on the following dates with the associated diagnostic opinion reflected: 23 March 2011 (No Opinion), 25 March 2011 (No Opinion), 31 January 2012 (Significant Response); 26 June 2012 (No Opinion), 5 August 2014 (Significant Response).

   b. As we discussed, submitting to two polygraph examinations in a year, as was the case with Mr. Morter, is not considered excessive by DIA or federal standards.

   c. The following documents the commencement and termination times for each examination administered to Mr. Morter: 23 March 2011 – 1145 to 1445; 25 March 2011 – 0758 to 1110; 31 January 12 – 1248 to 1535; 26 June 2012 – 1300 to 1500; and 05 August 2014 – 0809 to 1215. These times are consistent with traditional testing protocols. The longest examination was 4 hours and 6 minutes. The DIA CAP typically allocates four hours for each examination session.

2. The DIA point of contact is the undersigned, Office of Security, CAP, (703) 735-1717.

                                                    BRETT A. STERN, GG-15
                                                    Chief, DIA Credibility Assessment Program

cc: Office of Human Resources Benefits and Services Branch

                                                                    DIA MORTER 0000022