

# DEFENSE INTELLIGENCE AGENCY
Washington, D.C. 20340-5100

## POLYGRAPH EXAMINATION REPORT

**File Number:**
**Subject:** MORTER, John Samual; ▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇; OH, USA; GG-13
**Directorate:** ▇▇▇▇▇▇
**Examination:** Initial Counterintelligence-Scope Polygraph (CSP) Screening Examination
**Date:** January 31, 2012
**Location:** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Summary:** On January 31, 2012, Subject did not complete the referenced examination with no reportable information developed. This was a continuation of Subject's March 23 and 25, 2011 examinations in which he completed the security topics pertaining to sabotage, espionage and terrorism, but did not complete the topics pertaining to mishandling classified information and unauthorized foreign contacts. Due to the elapsed time since the March 2011 examinations, the examiner elected to afford testing on all security topics. On this date, Subject completed the security topics pertaining to sabotage, espionage and terrorism, but did not complete the topics pertaining to deliberately mishandling classified information and unauthorized foreign contacts. On February 1, 2012, this matter was briefed to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ This matter was referred to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Additional polygraph testing is dependent upon the outcome of the referral. Refer to the Questions section.

### QUESTIONS

1. Subject was asked the following questions during Series I A-1:

    a. Have you deliberately damaged any government information or defense system?
    b. Have you been involved in espionage or terrorism against the U.S.?

2. Subject was asked the following questions during Series I B-1:

    a. Have you deliberately mishandled any classified information?
    b. Have you had any unauthorized foreign contacts?

FOR OFFICIAL USE ONLY – PRIVACY ACT DATA

MORTER, John Samual; ███████ ███████████████, USA; GG-13; Continued

3. Subject was asked the following questions during Series II:

    a. Have you intentionally mishandled any classified information?
    b. Have you had any secret foreign contact?

4. Subject was asked the following questions during Series III:

    a. Have you intentionally mishandled classified information?
    b. Have you had any secret foreign contact?

Examiner's Comments: This was Subject's third day of testing. During the March 23, 2011 exam, Subject was administered four seperate tests concerning mishandling classified information and unauthorized foreign contacts. All tests were deemed No Opinion. During the March 25, 2011 exam, Subject was administered one test concerning mishandling classified information and unauthorized foreign contacts. This test was deemed No Opinion. During the January 31, 2012 exam, Subject was administered three seperate tests concerning mishandling classified information and unauthorized foreign contacts. Two tests were deemed No Opinion. On the last test Subject displayed Significant Response to the questions.