

# DEFENSE INTELLIGENCE AGENCY
Washington, D.C. 20340-5100

## POLYGRAPH EXAMINATION REPORT

**File Number:** 10-1003416
**Subject:**         MORTER, John Samuel;                                          , USA; GG-13
**Directorate:**
**Examination:** Initial Counterintelligence-Scope Polygraph (CSP) Screening Examination
**Date:**         June 26, 2012
**Location:**

**Summary:** On June 26, 2012, Subject did not complete the referenced examination with no reportable information developed. Subject did not complete any security topics. This was a continuation of examinations administered on March 23, 2011, March 25, 2011 and January 31, 2012. On March 23, 2011 and January 31, 2012, Subject completed security topics pertaining to espionage, terrorism, and sabotage. However, to date; Subject has not completed the security topics pertaining to deliberately mishandling classified information and unauthorized foreign contacts. This matter was referred concurrently to                                                          on June 26, 2012. Additional polygraph testing is dependent upon the outcome of the referral. Refer to the Questions and Examination Details sections.

## QUESTIONS

Subject was asked the following questions:

a. Other than what you reported, have you deliberately mishandled any classified information?
d. Have you stored classified information outside of government control?

FOR OFFICIAL USE ONLY – PRIVACY ACT DATA

MORTER, John Samuel; ▇▇▇▇ GG-13; ▇▇▇▇▇▇▇, USA; GG-13; Continued

## EXAMINATION DETAILS

On June 26, 2012, Subject did not complete the referenced examination with no reportable information developed. Subject did not complete the security topics pertaining to mishandling classified information. Subject provided essentially the same information previously reported to examiners and investigators. This was a continuation of examinations administered on March 23, 2011, March 25, 2011 and January 31, 2012. On March 23, 2011 and January 31, 2012, Subject completed security topics pertaining to espionage, terrorism, and sabotage. However, to date; Subject has not completed the security topics pertaining to deliberately mishandling classified information and unauthorized foreign contacts. This matter was referred concurrently to ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

FOR OFFICIAL USE ONLY – PRIVACY ACT DATA