## PENINSULAR COUNSELING CENTER

MICHAEL I. ROTHBURD, Ph.D.
PRESIDENT &
CLINICAL DIRECTOR

2819 HORATIO STREET
TAMPA, FLORIDA 33609
(813) 876-5347

July 31, 2014

RE:   Morter, John S.

DOB:   

**CONFIDENTIAL**

At the patient's direct request, I am providing this document.

The above-captioned person is a patient under my professional care following his referral by another licensed mental health professional. He was initially seen for evaluation on 06/23/2014 and currently continues to be seen on a weekly basis.

Diagnostic Impression:   I. 300.02, Anxiety Disorder.

II. 309.89 Post-traumatic stress disorder.

Respectfully submitted,

Michael I. Rothburd, Ph.D.

Licensed Psychologist

FL PY2559

ATTACHMENT 6

**MORTER AGY 0395**