| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

Patient: **MORTER, JOHN S**  Date: **17 Oct 2013 1133 EST**  Appt Type: **ACUT**
Treatment Facility: **6TH MEDICAL GROUP**  Clinic: **BEHAVIORAL HEALTH - FPC**  Provider: **MAGEE, HEATHER E**
Patient Status: **Outpatient**

AutoCites Refreshed by MAGEE, HEATHER E @ 17 Oct 2013 1135 EST

**Allergies**
- PENICILLINS: Unknown (SWELLING UPDATED 13DEC06CME)

**Reason for Appointment:** Written by MAGEE, HEATHER E @ 17 Oct 2013 1133 EST
walkin from Miranda

**SO Note** Written by MAGEE, HEATHER E @ 04 Nov 2013 1629 EST
**Chief complaint**
The Chief Complaint is: Stress.
**Referred here**
By PCM (Miranda).
**History of present illness**
    The Patient is a 53 year old male.
This is the initial visit to the IBHC clinic.
Source of information was self.
Feedback was provided to the PCM (Miranda).
- Pt was given IBHC brochure describing the behavioral health program. Discussed with patient model of service to include the limits of confidentiality (i.e. abuse reporting, suicide intervention, etc.) and short-term intervention focused approach
- Pt indicated understanding.
Patient was seen for 30 minute IBHC appointment.
    Previous history of visit is not deployment-related.

<<Note accomplished in TSWF-IBHC Adjustment/Stress tab>>

Pt reports somatic complaints that he believes are the result of job-related stress.

Description of symptoms: Tightness in chest, SOB, trembling, racing thoughts, concentration difficulties, sweating, persistent self-doubt

Duration: Past 3-4 months

Factors related to onset of problem: Change in job responsibilities

Frequency and severity of problem: Occurs whenever at work or thinking about going to work, moderate severity

Course of problem: Worsening

Aggravating/alleviating factors: Sx improved on weekends; sx aggravated by being at/thinking about work, interacting with difficult coworkers

Current tx: None

Past tx: None

Functional impact: Moderate

Adjustment Interventions:
[X] Provided support
[X] Discussed various factors related to the development and maintenance of stress
    (including biological, cognitive, behavioral, and environmental factors).
[X] Trained in relaxation strategies (deep breathing)
[X] Trained in challenging distressing thoughts and replacing with more balanced thinking
[X] Discussed self care (sleep, nutrition, rewarding activities, social support, exercise)

---

Name/SSN: MORTER, JOHN S/271682102
Sex: M
Sponsor/SSN: MORTER, JOHN S/271682102
FMP/SSN: 20/271682102
Tel H: 813-472-9691
Rank: MASTER SERGEANT
DOB: 10 Sep 1960
Tel W:
Unit: 55555  (UNKNOWN)
PCat: F31.2 USAF RET LOS ENLISTED
CS:
Outpt Rec. Rm: CENTRAL RECORDS
MC Status: TRICARE PRIME (CHAMPUS)
Status:
PCM:
Insurance: No
Tel. PCM:

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.
STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| 17 Oct 2013 1133 | Facility: 6th Medical Group   Clinic: BEHAVIORAL HEALTH - FPC   Provider: MAGEE, HEATHER E |

[X] Provided IBHC patient education handout on Stress Management

**Allergies**
Current Allergies Reviewed. PCN.
**Current medication**
Flonase q day
Floucinonide USP 0.05%
Motrin

**Past medical/surgical history**
Reported:
  Recent Events: Medication compliance.
  Medical: Reported medical history SAR
  Eczema/atopic dermatitis.
  Surgical / Procedural: Surgical / procedural history inguinal hernia 1999
  toothpick removal from bowel Feb 2011
  Hernia repair-Sep 2012.
**Personal history**
Social history reviewed none.
Behavioral: Caffeine use.  Tobacco use
. Former smoker  / Tobacco Use.  Quit Date: 7 yrs ago.
Alcohol: Alcohol use: Type:beer   Frequency:  wkly  Amt: 12 pk.
History
What is Your Preferred Method of Learning?           [ ] Verbal [ ] Written    [ ] Visual   [ x ] Other (Specify):
Do You Feel Safe at Home?                            [x] Yes    [ ] No
Advanced Directives Completed?                       [ ] Yes    [ x] No
Do you have any cultural or religious beliefs that may affect your care? [ ] Yes         [ ] No
Are you enrolled in EFMP?                            [ ] Yes    [ x ] No
Contact # 813-826-1219.
**Family history**
  Family medical history none.
**Review of systems**
Systemic: Not feeling tired (fatigue).
Gastrointestinal: Appetite not normal.
Neurological: Decreased concentrating ability.  No disorientation.
Psychological: Sleep disturbances.  Normal enjoyment of activities, a desire to continue living, not thinking about suicide, not
  having a suicide plan, and no stated intent to commit suicide.  No homicidal thoughts, not thinking of a way to do it, and
  without a stated intent to kill.  No frequent thoughts of death /morbid ideation and no impulsive behavior.
**Physical findings**
General Appearance:
  ° Alert.  ° Well developed.  ° Well nourished.  ° In no acute distress.
Neurological:
  ° No disorientation was observed, oriented to place, person, time, and situation.  ° No hallucinations.  ° Memory was
    unimpaired.  ° Remote memory was not impaired.  ° Recent memory was not impaired.  ° Judgement was not impaired.
  Speech: ° Normal, regular rate, non-pressured.  ° Rate was not slowed.  ° Not pressured.  ° Tone was not a monotone.
Psychiatric:
  Demonstrated Behavior: • Behavior demonstrated psychomotor agitation.  ° No decreased eye-to-eye contact was observed.
  Attitude: ° Cooperative.
  Mood: • Anxious.
  Affect: ° Congruent with the mood.
  Thought Processes: ° Not impaired, they were linear, logical, and goal directed.  ° Attention demonstrated no abnormalities.
     ° Attention span was not decreased.
  Thought Content: ° Insight was intact.  ° No delusions.


A/P Written by MAGEE,HEATHER E @ 04 Nov 2013 1629 EST
**1. ADJUSTMENT DISORDER WITH ANXIETY 309.24:**

Adjustment Recommendations for patient:
[X] Review BHC handout on Stress Management
[X] Practice deep breathing technique 4-5 times per day, both for overall relaxation and for skill development
[X] Challenge unhelpful thinking
[X] F/u with PCM as needed

| Name/SSN: MORTER, JOHN S/271682102 | | | |
|---|---|---|---|
| | Sex: M | Sponsor/SSN: | MORTER, JOHN S/271682102 |
| FMP/SSN: 20/271682102 | Tel H: 813-472-9691 | Rank: | MASTER SERGEANT |
| DOB: 10 Sep 1960 | Tel W: | Unit: | 55555   (UNKNOWN) |
| PCat: F31.2 USAF RET LOS ENLISTED | CS: | Outpt Rec. Rm: | CENTRAL RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | |
| Insurance: No | | Tel. PCM: | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE | | |
|---|---|---|---|
| 17 Oct 2013 1133 | Facility: 6th Medical Group | Clinic: BEHAVIORAL HEALTH - FPC | Provider: MAGEE,HEATHER E |

Case 1:23-cv-00343-JEB   Document 7-13   Filed 10/22/23   Page 3 of 3

[X] F/u with BHC in 3-4 weeks

Pt in agreement with plan
Referral to specialty mental health not deemed necessary at this time
No f/u in BHC scheduled; Pt to review his schedule and call for f/u appointment

Adjustment Recommendations for PCM Team:
[X] Reinforce recommendations provided to Pt

Disposition Written by MAGEE,HEATHER E @ 04 Nov 2013 1630 EST
Released w/o Limitations
Follow up: for therapy 2 to 3 week(s) .
Discussed: Diagnosis, Medication(s)/Treatment(s), Alternatives, Potential Side Effects with Patient who indicated understanding.
30 minutes face-to-face/floor time. >50% of appointment time spent counseling and/or coordinating care.

Signed By MAGEE, HEATHER E (Behavioral Health Consultant/Licensed Psychologist, 6MDG, MacDill AFB) @ 04 Nov 2013 1630

Heather Magee, Ph.D.
FL Licensed Psychologist, PY 8345
Behavioral Health Consultant
MacDill AFB, FL 33621

| Name/SSN: MORTER, JOHN S/271682102 | | | |
|---|---|---|---|
| | Sex: M | Sponsor/SSN: | MORTER, JOHN S/271682102 |
| FMP/SSN: 20/271682102 | Tel H: 813-472-9691 | Rank: | MASTER SERGEANT |
| DOB: 10 Sep 1960 | Tel W: | Unit: | 55555 (UNKNOWN) |
| PCat: F31.2 USAF RET LOS ENLISTED | CS: | Outpt Rec. Rm: | CENTRAL RECORDS |
| MC Status: TRICARE PRIME (CHAMPUS) | Status: | PCM: | |
| Insurance: No | | Tel. PCM: | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS
TO THIS INFORMATION IS A VIOLATION OF FEDERAL LAW. VIOLATORS WILL BE PROSECUTED.

STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

Page 3 of 3