

**DEPARTMENT OF THE AIR FORCE**
**6TH AIR MOBILITY WING (AMC)**
**MACDILL AIR FORCE BASE, FLORIDA**

November 14, 2013

To Whom It May Concern:

This letter is being written at the request of John S. Morter (DOB: 09/10/60). I first saw Mr. Morter on October 17, 2013 following referral from his Primary Care Manager (PCM) for situational anxiety.  Mr. Morter reported symptoms including chest tightness, shortness of breath, trembling, sweating, and concentration difficulties related to recent occupational stress.  Due to these difficulties, it would be helpful for Mr. Morter to be allowed to use sick leave to address these symptoms and prevent deterioration of his overall functioning. It is anticipated that as his situational occupational stress resolves his symptoms will also lessen.

Sincerely,

Heather Magee, PhD
Behavioral Health Consultant
Licensed Psychologist
MacDill AFB, FL

**UNRIVALED GLOBAL REACH FOR AMERICA...ALWAYS!**