JZM[1]

DIA FORM 388 (2-7) DIA - AGENT REPORT

| DEFENSE INTELLIGENCE AGENCY - AGENT REPORT | |
|---|---|
| **SUBJECT(s):**<br>NAME: MORTER, John S.; CIV/USSOCOM<br>DPOB: ███████<br>SSAN: ███████ | **DATE:**<br>10 January 2014 |
| | **FILE NUMBER(s):**<br>File No. 10-1003416<br>CCN: 13-100-14 |
| **REPORT PREPARED BY:**<br>████████ Special Agent | **SIGNATURE** ████████ Digitally signed by ████<br>Date: 2014.01.10 07:42:10 -05'00' |

-----SUMMARY OF INFORMATION-----

**BACKGROUND**
SEC3A requested the DIA Office of Security Investigations Division coordinate with the Special Security Officer (SSO) at the United States Special Operations Command (US SOCOM) in an effort to clarify security issues raised by Mr. John S. Morter, hereafter referred to as SUBJECT, during the conduct of an investigation (CCN: 12-300-44) conducted by this office. In particular, SUBJECT claimed HE submitted Unofficial Foreign Contact Reports thru the USSOCOM SSO and it was requested this office confirm that report. It was further requested this office determine the USSOCOM protocol regarding the transfer of information between the SIPRNet and JWICS computer operating systems as well as confirm if SUBJECT was identified as a "trusted agent" by HIS chain of command.

**COORDINATION WITH SPECIAL SECURITY OFFICE (SSO)**
At 1115, 24 September 2013, the Reporting Agent coordinated this investigation with Mr. Frank Branch, SSO, USSOCOM who related all copies of Unofficial Foreign Contact Reports pertaining to SUBJECT should have been submitted to the DIA Office of Security, Unofficial Foreign Contact database and he was not in possession of additional contact reports. Mr. Branch further stated "only ITA personnel were authorized to transfer data between SIPRNet and JWICS using IC Clear and ISSE Guard." Mr. Branch added SUBJECT was not an ITA (Trusted Agent) and as such was not authorized to move data between systems. Mr. Branch stated, however, personnel were authorized to email data from their SIPR terminals to the JWICS terminal.

**COORDINATION WITH THREAT MITIGATION CELL**
On 28 October 2013, the Reporting Agent coordinated this investigation with Dr. K.M. (Joe) Soo-Tho, Threat Mitigation Cell (TMC) Staff Psychologist who related he was scheduled to conduct a psychological evaluation/interview of SUBJECT on/about 6 November 2013. Dr. Soo-Tho was provided copies of the previous Agent Report (CCN: 12-300-44) and briefed on all aspects of this investigation.

On 12 December 2013, the Reporting Agent received a copy of the Psychological Evaluation **(EXHIBIT 1)** prepared by Dr. Soo-Tho, dated 2 December 2013. The report reflected Dr. Soo-Tho conducted an interview/psychological evaluation of SUBJECT on/about 6 November 2013 and concluded SUBJECT was "unlikely to be a suitable candidate for further polygraph testing." Dr. Soo-Tho further recommended "this matter be referred to SEC-3 for adjudicative review and action."

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**
PRIVACY ACT - 1974 (AS AMENDED) applies - This report may contain information which must be protected IAW DOD 5400.11-R, and it is for official use only (FOUO)

MORTER AGY 0085

 

**DATABASE CHECKS**
On 25 September 2013, the Reporting Agent conducted a check of the DIA Office of Security Unofficial Foreign Contact database and determined there were no unofficial foreign contact reports attributed to SUBJECT on file in the database.

**TERMINATION OF INVESTIGATION:**
On 12 December 2013, the Reporting Agent coordinated this investigation with Supervisory Special Agent ▮▮▮▮▮ Washington DC Field Office, DIA Office of Security Investigations Division, who opined based on information provided by the USSOCOM SSO and the TMC Staff Psychologist, no further investigative action was warranted and this investigation should be closed in the files of this office.

**STATUS:** This is a Final Report.

**EXHIBITS**
  1) Psychological Evaluation prepared by Dr. Soo-Tho, dated 2 December 2013.

**UNCLASSIFIED//FOR OFFICIAL USE ONLY**
PRIVACY ACT - 1974 (AS AMENDED) applies - This report may contain information which must be protected IAW DOD 5400.11-R, and it is for official use only (FOUO)

MORTER AGY 0086