JICSOC GEO                                         20 FEB 14

Memo For the Record

SUBJ: Supervisor Comments concerning Mr. John "Sam" Morter

1. Mr. John "Sam" Morter is a GG-13 DIA civilian serving in the JICSOC GEOINT Branch since 2002. Mr. Morter leads the branch's scene visualization effort, identifies requirements, refines production processes, and generates highly accurate, realistic 3D portrayals. During this period Mr. Morter also served as an Information Transfer Authority to move GEOINT data across networks because SOCOM's ISSE Guard is unable to perform two person reviews for many GEOINT file types. In all aspects of his duties, Mr. Morter has excelled as documented in his civilian evaluations; I've included the two latest. Mr. Morter has had no security incidents in his 13+ years at USSOCOM and held a TS/SCI clearance for 34+ years.

2. Mr. Morter's tenure at USSOCOM has been characterized by initiative and a sustained, dedicated effort to increase his tradecraft knowledge to better support SOCOM and SOF scene visualization efforts. Mr. Morter came to the command with two CCAF Associates Degrees. While working here full time in 2009, he earned a Bachelor's of Arts Degree from USF. In 2010, he competed and won a Pat Roberts Scholarship from DIA, which allowed him to obtain a Graduate Certificate in Geospatial Intelligence from Penn State. Since then, he has been working on a Master's Degree in Geospatial Information Systems (GIS) from Penn State, and hopes to complete his degree this summer. Demonstrating real enthusiasm, Mr. Morter actively looks for ways to put this formal education to better use for Branch and Command GEOINT efforts.

3. Mr. Morter's military and civilian work history demanded he obtain and hold a TS/SCI clearance. From 1979-1987, Mr. Morter served as an USAF Cryptologic Linguist as a crew member on various, airborne SIGINT platforms and at ground stations. In 1987-1999, he served tours as an Imagery Analyst at NAIC (now NASIC at Wright-Patterson AFB) and in the Target's Shop at USCENTCOM. Upon military retirement in 1999, he was hired as a contracted imagery systems trainer here at USSOCOM and later in 2002 as an Intelligence Analyst in the Imagery/GEOINT Branch.

4. Mr. Morter's performance here at USSOCOM has been consistently exemplary with no security incidents or issues. He has been a key contributor to our scene visualization efforts and enthusiastically shares its virtues with SOF users and IC counterparts, as well as the benefits of Google Earth. As one of the top IC scene visualization experts, Mr. Morter played a key role in establishing an IC Interagency

Attachment E

**MORTER AGY 0063**

Scene Visualization Working Group which became the Photogrammetry and 3D Visualization Community of Practice and served on its steering committee. He helped host the 3rd Annual Conference a few years ago with 50+ in attendance. He has also presented numerous scene visualization briefings at national level conferences such as NGA's annual NSG Users' Conference, the NRO's Innovative Solutions Showcase, several BAE's User's Group Conferences, and NGA's 3D Community of Practice Conferences. Mr. Morter's knowledge and vision are persuasive, focused on leveraging the best this evolving technology can offer.

5. Again, throughout this whole period, no security issues were observed until he failed to pass the final section of a polygraph dealing with data transfer. In Mr. Morter's defense, I have heard conflicting guidance on how to mark files and media coming from classified networks, particularly when dealing with the movement of commercial, UNCLASSIFIED imagery. Marking guidance was not always in writing, as the focus was on getting products out to support the mission. This could be part of Mr. Morter's difficulties, but, I can't explain why he can't set that aside to pass his polygraph. I do know that since his spouse, formerly a contractor working at USCENTCOM's "Coalition Village", had her clearance pulled for failure on multiple polygraphs, Mr. Morter's emotional reaction to polygraphs has increased significantly, particularly over the last several months as Mr. Morter has been pulled from his workspace and only given access to NIPRNET. Mrs. Morter's role involved working with Coalition representatives, and Mr. Morter, as her spouse, also attended some social events that arose because of her work. Mr. Morter told me he and his wife both reported foreign contacts. Mr. Morter freely admitted he conducted research on polygraphs even though advised against it to understand how his wife could fail. Having his clearances effectively evoked over the last four months has placed him under a lot of stress, but he has talked to a mental health specialist and is resolved to letting the process play out.

6. As Mr. Morter's direct supervisor, I would rate his work performance to be exceptional. Mr. Morter's behavior has not prompted security concerns in me or his co-workers. I don't understand why he is unable to pass the polygraphs, but, this has clearly been an emotional issue for him. He is an important asset and leader with rare scene visualization expertise to offer the command and DIA and the effects of his loss would be significant.

Encls
2013 Civilian Evaluation
2012 Civilian Evaluation

Timothy Grimes
GG-14, DIA
Chief, GEOINT Branch

Attachment E

**MORTER AGY 0064**