## Lawless, Keith A SES USSOCOM HQ

| | |
|---|---|
| **From:** | Lawless, Keith A SES USSOCOM HQ |
| **Sent:** | Thursday, July 16, 2015 4:44 PM |
| **To:** | Allen, Norman F COL USSOCOM HQ |
| **Subject:** | RE: John Morter, EEOC complaint |
| **Signed By:** | keith.lawless@socom.mil |

Norm,

He's somewhat correct.  DIA simply did what we asked them to do.  Move Morter based on the DCDR's direction.  DCDR stated he had lost trust and confidence in the individual because of the latter's inability to successfully complete a polygraph, which is a requirement for all DIA employees.  Given the rise in insider threat activities across DoD and the sensitive information to which Mr. Morter had daily access, the DCDR believed this action was prudent to support both mission and personnel.  Since DIA acquiesced to the DCDR's request to move Mr. Morter, they do bear some responsibility for that action.  I was informed that DIA had minimal issue with moving Morter because he still was employed by DIA, albeit no longer in Tampa.  They move DIA employees all the time.  Hope this helps a bit.

V/r, Keith

-----Original Message-----
From: Di Iorio, William R. [mailto:William.DiIorio@dodiis.mil]
Sent: Thursday, July 16, 2015 11:59 AM
To: Allen, Norman F COL USSOCOM HQ
Cc: Lawless, Keith A SES USSOCOM HQ
Subject: RE: John Morter, EEOC complaint

COL Allen,

The EEOC AJ added SOCOM because the employee claims that he was informed he could not remain at SOCOM and was reassigned to DIA following his inability to complete the polygraph.  While the polygraph and reassignment were DIA actions, the ultimate decision to bar the employee from SOCOM came from senior SOCOM leadership, not from DIA or even from the J2.  Because of that, DIA isn't positioned to defend that element of his claims.

V/r,

Bill

William R. Di Iorio
Assistant General Counsel
Office of the General Counsel
Defense Intelligence Agency
(202) 231-6999

DIA MORTER 000142

-----Original Message-----
From: Allen, Norman F COL USSOCOM HQ [mailto:Norman.Allen@socom.mil]
Sent: Wednesday, July 15, 2015 11:22 AM
To: Di Iorio, William R.
Cc: Lawless, Keith A SES USSOCOM HQ
Subject: John Morter, EEOC complaint

Mr. Iorio -

I am the Staff Judge Advocate, USSOCOM, and wanted to coordinate with you
reference the pending EEOC matter involving Mr. John Morter.  This is the
DIA employee who was working at USSOCOM, and then sent back to DIA after
several failed polygraphs as part of his duty position.

I received copy of the recent order from the EEOC, and the clerk identifies
you as the Agency representative.  It does not appear any action is required
of USSOCOM, but I want to confirm that with you, please.

Thanks for your time, sir.  Glad to be of any assistance we can.

Norm

COL Norman F.J. Allen III
SJA, USSOCOM
MacDill AFB, FL

Comm:  (813) 826-3288
VOSIP:  299-4151
Blackberry:  (813) 966-1047

Nipr:  Norman.allen@socom.mil
Sipr:  norman.allen2@socom.smil.mil

**DIA MORTER 000143**