MEMORANDUM FOR RECORD
Case: 2014-700200-HL
INV Dion M. Simpson


(U//FOUO) 16 June 2104/Simpson: Mr. John S. Morter, GG13, DR, J2, USSOCOM, DIA, Florida, filed a complaint for allegations of unfair decisions to suspend his security clearance access, terminate employment at the United States Special Operations Command, and reassignment to Headquarters DIA due to his inability to successfully complete the Counterintelligence Scope Polygraph (CSP) (see initial complaint, HL 2014-700174).


(U//FOUO) 17 June 2014/Simpson: DAIGI Howell sent Mr. Morter an email response to address his concerns and recommended filing an appeal with the Director of Security (Mr. Stephen Norton). Mr. Morter was further advised to file an appeal with the Director, DIA if he believed the appeal with the Director of Security was not properly addressed. The complainant acknowledged the DAIGI response with further intentions to take his appeal to the Security Directorate and Director, DIA as recommended.

(U//FOUO) 22 July 2014/Simpson: Received a call at 0940 from Commander (CDR) Thors, SOCOM OIG, to inquire if DIA OIG had a case on Mr. John Morter pertaining to violation of DoD Policy regarding CSP. CDR Thor stated that Mr. Morter had filed a complaint with his office and wanted to know the DIA OIG response. I informed CDR Thors of our response. He acknowledged and stated that he will inform his management of our findings to determine appropriate action.

.

DIA MORTER 000336