

FOR OFFICIAL USE ONLY - PRIVACY ACT INFORMATION

# Hotline Case Summary

| Case | Status Code | Origin | Date Received | Date Opened | Priority | Referral |
|---|---|---|---|---|---|---|
| 20140723-026622-CASE-04 | Closed | Internet | 7/22/2014 | 8/29/2014 | Routine | Action |

| Referred To | Sub Agency | Sub Activity | Analyst |
|---|---|---|---|
| JS | JS IG | USSOCOM | (b) (6), (b) (7)(C) |

| Status Description |
|---|
| Case Closed |

| Organization | Sub Organization | City | State | Country |
|---|---|---|---|---|
| HQ US Special Operations Command, MacDill AFB, FL. | DIA/HQ US Special Operations Command | Wesley Chapel | FL | UNITED STATES |

| Case Description |
|---|
| The complainant states their TS/SCI clearance was temporary suspended and they were relocated from HQ USSOCOM MacDill AFB to DIA HQ because they failed a polygraph test twice due to them having an anxiety attack when questioned about classified information being miss handled and a DIA Psychiatrist indicated they were being untruthful when questioned.  They stated in JPAS their clearance is active with DIA, but HQ USSOCOM has an issue with him failing the polygraph.  The complainant stated they have filed a complaint with EEO and DIA OIG, but they have not done due diligence when looking into the matter.  Furthermore, the complainant stated several incidents that occurred that made them have issues when being questioned about mishandling classified information.  The complainant stated that employees at DIA in support of national level intelligence requirements, special operations "use classified information" on systems not officially designated as classified.  The complainant further stated employees were told to "mark a CD secret if it only contains secret data, but taken from JWICS; they were later informed the CD should have been marked top secret.  Also, employees were told they can move classified data via removal media; although there was no exception to policy. |
| --- |
| HQ USSOCOM Leadership and The Office of Security at DIA are operating in direct violation of DoD regulation 5210.91 which has resulted in adverse administrative actions against me. Acting solely on information obtained from Counter-Intelligence polygraph examinations and without any corroborating evidence that I?ve done anything wrong, they have arbitrarily and capriciously suspended my security clearances, reassigned me to an area without duties or responsibilities for over nine months and have now taken action to involuntarily reassign me outside the local area. HQ US Special Operations Command, MacDill AFB, FL. It has been ongoing since October 2013, but on 27 |

| TL Approval | TL Approval Date | Response Required | Consent Received |
|---|---|---|---|
| Yes | 9/2/2014 | | Yes |

| Referred Date | Progress Date | Suspense Date |
|---|---|---|
| 9/2/2014 | | 12/2/2014 |

10/21/2014 11:21:25 AM

FOR OFFICIAL USE ONLY - PRIVACY ACT INFORMATION
In compliance with the Privacy Act of 1974, this information is Personal
Data and must be protected from public disclosure.

1/3



FOR OFFICIAL USE ONLY - PRIVACY ACT INFORMATION

## Hotline Case Summary

### Case Closure

| ROI Received Date | ROI DEF | MOR Date |
|---|---|---|
| | | |

| Follow up Close Date | Follow up Description | Savings |
|---|---|---|
| | | |

| Closed Date | Result | Remedy |
|---|---|---|
| 10/8/2014 | NA - NO ACTION REQUIRED | No action required |

| Days Open | Case Location | Record Center |
|---|---|---|
| 39 | | |

### Allegations

| Name (Alleged Subject) | Allegation | Sub Allegation |
|---|---|---|
| (b) (6), (b) (7)(C) | Other | NO RECOGNIZABLE WRONG |
| (b) (6), (b) (7)(C) | Other | NO RECOGNIZABLE WRONG |
| (b) (6), (b) (7)(C) | Security | MISHANDLING OF CLASSIFIED MATERIAL |

### Complainants

| Name: | ███████████ | |
|---|---|---|

| Address: | ███████████ | |
|---|---|---|
| City/State/Zip: | ███████████ | |

### Contact Information

| Preferred | Type | Information |
|---|---|---|
| - | Email | ███████████ |
| - | Home | ███████████ |
| - | Work | ███████████ |

### Subjects

| Name | Prep Promotion List Mark | Marked Date | List Label |
|---|---|---|---|
| (b) (6), (b) (7)(C) | No | | |
| (b) (6), (b) (7)(C) | No | | |
| (b) (6), (b) (7)(C) | No | | |

### HCR Reviews

10/21/2014 11:21:25 AM

FOR OFFICIAL USE ONLY - PRIVACY ACT INFORMATION
In compliance with the Privacy Act of 1974, this information is Personal Data and must be protected from public disclosure.

2/3



FOR OFFICIAL USE ONLY - PRIVACY ACT INFORMATION

# Hotline Case Summary

| Review Status | Reviewed By | Open Date |
|---|---|---|

## Cross References

| Organization | Number |
|---|---|

## Case Notes

I received an email from (b)(6),(b)(7)(C)           and a voice message from (b)(6),(b)(7)(C)           ) regarding the case. (b)(6),(b)(7)(C) provided information received from (b)(6),(b)(7)(C)                                                                                                                  "I am unsure of what DOD IG is asking but here goes. USSOCOM has reviewed these documents and believes it is a DIA issue since he is a DIA employee. SOCOM follows DIA guidance when it comes to the polygraph test. If an individual fails it several times, SOCOM suspends their access and moves them out of the secured area. The case is reviewed by DIA's General Counsel and Security Chief for disposition. A case was sent to DIA under Case-03 and closed. Based on the information provided, the case is being closed and the complainant was sent a closure response. (b)(6),(b)(7)(C)    - 10/08/2014 8:26
-----------------
I received an email from the (b)(6),(b)(7)(C) dated 9/23/14; (b)(6),(b)(7)(C) stated that (b)(6) sent a request to SOCOM and (b)(6) will send me an email once (b)(6) receive a response. The email was uploaded to the general correspondence folder. (b)(6),(b)(7)(C) - 09/25/2014 7:15
-----------------
I reviewed an email from the (b)(6),(b)(7)(C)           dated 9/8/14 indicating the SOCOM IG requested the matter be referred to DIA because the complainant is a DIA employee. I sent (b)(6),(b)(7)(C) an email to have (b)(6) contact the SOCOM IG for them to review the allegations about the HQ USSOCOM impacting the adjudication process because the complainant failed the polygraphy. I informed her that a separate referral was made to DIA OIG. (b)(6),(b)(7)(C)    - 09/21/2014 9:33
-----------------
AMRDEC pick-up received and uploaded to Referral Folder. (b)(6),(b)(7)(C) - 09/04/2014 12:15
-----------------
Case sent to JS IG. AMRDEC submittal uploaded to Referral Folder. Workflow changed to External Case Referred. (b)(6),(b)(7)(C) - 09/02/2014 7:32
-----------------
09/02/2014 (b)(6),(b)(7)(C) QCR Completed - Concur. I changed case-04 workflow status to A-ER for send-out to JSIG. The Ack Ltr for this referral is in case-03 referral package. (b)(6),(b)(7)(C) - 09/02/2014 7:10
-----------------
JSIG referral for them to refer the case to USSOCOM for action for them to address the allegation about the handling of classified information and to ensure the polygraph process was followed. The workflow was changed for the QCR to be completed. (b)(6),(b)(7)(C) - 08/29/2014 13:44
-----------------
Notes Log Created
<Enter Comment and Save Record. Comment will be recorded in the uneditable log below> (b)(6),(b)(7)(C) - 08/29/2014 10:58
-----------------

FOR OFFICIAL USE ONLY - PRIVACY ACT INFORMATION
In compliance with the Privacy Act of 1974, this information is Personal Data and must be protected from public disclosure.