**JOINT INTELLIGENCE CENTER**
**SPECIAL OPERATIONS COMMAND**
7701 Tampa Point Blvd
MacDill AFB, FL 33621

27 May 2014

TO: John "Sam" Morter
    HQ USSOCOM-JICSOC

SUBJECT: Letter of Counseling

1. This written counseling is a follow-up to the verbal counseling I completed on 12 May 2014 notifying you of the decision to not retain your services at the Command and that I support the Command's decision. Following the counseling you requested in writing details on this action.

2. Today, 27 May 2014, I am providing you written details from DIA HQ of the reassignment action.

3. While you remain here at SOCOM you will not have access to the SCIF or work for JICSOC. You will continue to work for the HQ Commandant Office until you and HQ DIA complete the reassignment action.

4. I will retain a copy of this memorandum and a copy will be sent to DIA-OHR-4.

5. Further questions regarding this decision will be worked through the OHR office and the Insider Threat Program Coordinator.

SHAWN M. NILIUS
COL, U.S. Army
JICSOC Director

Signature Acknowledges Receipt:

_____  27 MAY 2014
Employee's Signature         Date