V/R
SHAWN M. NILIUS
COL, U.S. Army
Director, Joint Intelligence Center Special Operations Command
(JICSOC)

COMM: 813-826-2292
DSN: 312-299-2292
SVOIP: 299-5349

-----Original Message-----
From: Morter, John S CIV USSOCOM HQ
Sent: Friday, June 13, 2014 9:29 AM
To: Grimes, Timothy CIV USSOCOM HQ; Nilius, Shawn M COL USSOCOM HQ; Sharp, Robert D RDML USSOCOM HQ; Branch, Frank M CIV USSOCOM HQ; Lanham, William D CIV USSOCOM HQ
Cc: Howell, Elton L.; Simpson, MSG Dion M; Evitt, Brentin V.
Subject: Noitce of Appeal

Sirs,

Please review the attached. It will form the basis for my appeal of the unfair decisions to suspend my security clearance access, terminate my employment at the United States Special Operations Command and force my reassignment to headquarters DIA. I intend to use every avenue available in order to expose this injustice to the appropriate levels.

V/r,

John S. Morter, GG-13

2

DIA MORTER 000114