

# DEFENSE INTELLIGENCE AGENCY
WASHINGTON, D.C. 20340-5100

U-1485086/SEC

17 June 2014

Mr. John Morter
GEOINT Branch, Joint Intelligence Center
U.S. Special Operations Command
MacDill, AFB, Florida 33544

Dear Mr. Morter:

This letter is to confirm that we are in receipt of the "Notice to Appeal". This document will be reviewed by the appropriate personnel and a response will be provided at the conclusion of their review. Thanks for the opportunity to assist you with your concerns and we will contact you in the near future.

Sincerely,

Stephen Norton
Director of Security