## Voluntary Sworn Statement

Date: 4 August 2014
Case Number: 12-300-44
Name: MORTER, John S.
SSN: [redacted]
Organization: [redacted]

**VOLUNTARY SWORN STATEMENT:**

___ I, John S. Morter, want to make the following statement under oath:
Q: [redacted]
A: MORTER
Q: You have been shown a copy of a Voluntary Sworn Statement signed by you and dated 27 June 2012. Do your recall rendering this statement?
A: Yes.
Q: Is there anything you wish to add or delete from the Voluntary Sworn Statement rendered by you on 27 June 2012?
A: Yes. The entire discussion surrounding my inability to remain calm has since been diagnosed as Anxiety disorder and Post-Traumatic Stress Disorder by a licensed psychologist, which was also acknowledged by DIA on February 6, 2014.
Q: You have been shown a copy of an undated memorandum entitled "My concerns with the question – have you ever intentionally mishandled classified information" and bears the signature block "John S. Morter, GS-13 HQ USSOCOM, J2-JIC-GEOINT." Did you write this memorandum?
A: Yes. It was written in March 2011. It was provided to my leadership at USSOCOM and the SSO.
Q: Is there anything you wish to add or delete from the undated memorandum entitled "My concerns with the question…"
A: No.
Q: What does the word Espionage mean to you?
A: Betraying your government by divulging protected information to the enemy.
Q: Have you committed any acts of espionage directed against the United States?
A: No.
Q: Do you know anyone who has committed any acts of espionage against the United States?
A: No.
Q: What does the word Sabotage mean to you?
A: Causing acts that hinder or destroy systems or equipment that belong to the government.
Q: Have you committed any acts of sabotage directed against the United States?
A: No.
Q: Do you know anyone who has committed any acts of Sabotage directed against the United States?

Initials of Person Making Statement _JSM_     Page 1 of 4 Pages

DD Form 2824, OCT 2000

EXHIBIT 1   CCN 12-300-44

MORTER AGY 0134

STATEMENT OF: John S. Morter, SSN: [redacted]    TAKEN AT: DIA Headquarters, DATED: 4 August 2014, Continued:

A: No.
Q: What does the word Terrorism mean to you?
A: Acts of violence that are aimed at changing/influencing public perception.
Q: Have you committed any acts of terrorism directed against the United States?
A: No.
Q: Do you know anyone who has committed acts of terrorism against the United States?
A: No.
Q: Have you ever deliberately mishandled classified material?
A: No. It is a general question that could include many facets and wrongly defined. It is an all-encompassing term that is very generalized in nature. As previously discussed I have moved information between JWICS, SIPRNet, and NIPRNet using approved and accepted practices that were monitored, therefore it was, in fact, appropriate and legal. At times these processes were halted due to the Information Assurance guidelines and once put back in place, I was given an exception to policy to conduct the transfers. These transfers were never conducted for nefarious reasons and were always conducted within the confines of my official duties. This question causes me a lot of anxiety. I think it is because I have had trouble with this question on past polygraph examinations so I anticipate the question and the question initiates my "hyper arousal" and my nervous system gets put on "red alert." I maintain, however, that I have not deliberately or intentionally for nefarious reasons mishandled classified information. I have continually upheld the highest security practices throughout my 34 year career and never violated any security procedures.
Q: Are you aware of any co-workers or others who have deliberately mishandled classified information?
A: No. I am aware of persons who have inadvertently mishandled classified but not intentionally or for nefarious purposes. For example, I know my wife had mishandled a document, but she reported the incident. My co-workers also performed the same type of data transfers I have previously reported.
Q: Do you have any classified material outside of US Government control?
A: No.
Q: Are you aware of any co-workers or others who may have classified material outside of US Government control?
A: No.
Q: Have you ever provided classified material to person(s) who are unauthorized access to such material or information?
A: No.
Q: Are you aware of any co-workers or others who may have provided classified information/material to person(s) who are unauthorized access to such information/material?
A: No.
Q: Do you have any unreported security violations?
A: No.
Q: Are you aware of any co-workers or others who may have unreported security violations?
A: No.
Q: Do you have any unauthorized or unreported foreign contacts?

Initials of Person Making Statement _JM_       Page 2 of 4 Pages

DD Form 2824, OCT 2000

EXHIBIT _1_   MORTER.AGY 0135

STATEMENT OF: John S. Morter, SSN: ▮▮▮▮▮   TAKEN AT: DIA Headquarters, DATED: 4 August 2014, Continued:

A: No. I have a history of difficulty with the interpretation of this question. My misunderstanding of the question may have led to my difficulty in answering during previous polygraph testing. Unofficial foreign contacts have been explained to me and I fully understand the context at this time.
Q: Do you have any unreported unofficial foreign travel?
A: No.
Q: What computer systems at DIA to you primarily work with?
A: Now only NiprNet, since October 2013.
Q: Do you have administrative privileges on JWICS?
A: No, never did.
Q: Do you have administrative privileges on SIPRNet?
A: no, never did.
Q: Do you currently have any medical issues that you feel would inhibit your ability to successfully complete your counterintelligence scope polygraph examination?
A: Yes. My doctor has diagnosed me with Anxiety Disorder and Post Traumatic Stress Disorder. I have provided DIA with a copy of the diagnosis made by my Psychologist, Michael I. Rothburd.
Q: Are you currently suffering from any physical ailments that would inhibit your ability to complete the polygraph examination?
A: I have constant stomach discomfort due to multiple abdominal surgeries. I also have a nerve problem in my right hip that causes pain to shoot down my right leg.
Q: Is there anything you wish to add to this statement?
A: I would to make sure my health records are protected under Health protection requirements.
Q: Is there anything else you wish to add to this statement?
A: I just wanted to say that I fully appreciate DIA's efforts to identify, investigate, and adjudicate potential counterintelligence threats and believe it is an integral part of maintaining our national security.
Q: Is there anything else you wish to add to this statement?
A: No.///End of Statement///

Initials of Person Making Statement _____

DD Form 2824, OCT 2000

Page 3 of 4 Pages

EXHIBIT _____   MORTER AGY 0136