

# DEFENSE INTELLIGENCE AGENCY
Washington, D.C. 20340-5100

## POLYGRAPH EXAMINATION REPORT

**File Number:** 10-1003416
**Subject:** MORTER, John Samuel; ███████ ████████████████, USA; GG-13
**Directorate:** ███████
**Examination:** Initial Counterintelligence-Scope Polygraph (CSP) Screening Examination
**Date:** August 5, 2014
**Location:** ███████████████████████████████

**Summary:** On August 5, 2014, Subject did not complete the referenced examination with no reportable information developed. Subject completed the security topics pertaining to sabotage, espionage, and terrorism but did not completed the topics pertaining to mishandling classified information and unauthorized foreign contacts. This was a continuation of testing that was conducted on March 23, 2011; March 25, 2011; January 31, 2012; and June 26, 2012. During past test sessions, Subject completed the security topics pertaining to sabotage, espionage, and terrorism but never completed the topics pertaining to mishandling classified information and unauthorized foreign contacts. Due to the lapse in time between test sessions, all security topics were retested. After both 2012 exams, this matter was referred to ████████████████ ████ and was subsequently referred to the ██████████████████ On July 28, 2014, ████ directed additional testing. After the current exam, this matter was referred back to ████████████. No additional polygraph testing is anticipated. Refer to the Questions and Examination Details sections.

### QUESTIONS

1. Subject was asked the following questions during Series IX A-1/A-2:

    a. Have you deliberately damaged any government information or defense system?
    b. Have you been involved in espionage or terrorism against the U.S.?

2. Subject was asked the following questions during Series IX B-1:

    a. Have you deliberately mishandled any classified information?
    b. Have you had any unauthorized foreign contacts?

FOR OFFICIAL USE ONLY – PRIVACY ACT DATA

Page 1 of 3
MORTER AGY 0157

MORTER, John Samuel; [redacted] USA; GG-13; Continued

3. Subject was asked the following questions during Series X:

   a. Have you purposely removed classified from a secure environment without authorization?
   b. Have you intentionally transferred classified to any uncleared person?

## EXAMINATION DETAILS

On August 5, 2014, Subject did not complete an Initial CSP Screening Examination with no reportable information developed. Subject completed the security topics pertaining to sabotage, espionage, and terrorism but did not complete the topics pertaining to mishandling classified information and unauthorized foreign contacts. Subject described several events related to mishandling classified information. Subject claimed all incidents were reported during previous polygraph exams and to security personnel. Subject reported the following information:

Subsequent to September 11, 2001, he and his team downloaded unclassified information from classified computers to "hundreds" of discs. The discs contained no classified information, but Subject and his co-workers later learned that any disc loaded onto a classified device had to be classified at the level of the device. Subject's management was aware of the practice and discontinued preparing the unclassified discs subsequent to receiving the guidance.

Subject expressed concern about the manner in which he and his co-workers transfer data from one classified system to another for the purpose of analysis. Routinely, he and others used hard drives to move data from one classified system to another. Subject became concerned about the process after security personnel advised the practice was not approved. Later, security personnel explained their unit was granted an "exception", though Subject never saw anything in writing.

Subject maintained a stand-alone computer at his desk and it was the only 1 of 12 computers left that were originally used by his office after September 2011. At one point, the computer was going to be connected to the server however that never occurred due to security concerns. Subject stated he "refused to let go of it" meaning he was unwilling to allow that computer to leave his desk due to the convenience it allowed during the transferring process. It was used to move classified data through CD creation (it had a burner program on it) and was not restricted as it concerned connecting hard drives to it.

As part of the process of transferring data from one system to another, a log was generated to document the transfers. Subject was concerned he may have inadvertently failed to document some of his activity on those forms. He recalled doing work for [redacted] (NFI) a National Geospatial Agency (NGA) analyst who was located in the same facility. She often asked him to assist her by transferring data. Subject may not have made a log entry for work he did on

FOR OFFICIAL USE ONLY – PRIVACY ACT DATA

MORTER, John Samuel; ███████ ███████████████, USA; GG-13; Continued

Wendy's behalf. Subject conceded that he resented the work ████ and others did, because they were contractors doing work government employees could be doing.

**Examiner's Comments:** This was Subject's fifth day of testing by four different examiners. On March 23, 2011 and March 25, 2011, Subject was tested on security topics pertaining to mishandling classified information and unauthorized foreign contacts. Analysis of the data collected revealed Subject's physiological data lacked sufficient criteria on which to base a decision, therefore No Opinion (NO) was rendered.

On January 31, 2012, Subject exhibited Significant Response (SR) to the security topics pertaining to mishandling classified information and unauthorized foreign contacts. The matter was referred to ████████.

████████████████████████ requested additional testing.

On June 26, 2012, Subject was tested on security topic pertaining to mishandling classified information. Analysis of the data collected revealed Subject's physiological data lacked sufficient criteria on which to base a decision, therefore NO was rendered. The matter was referred back to ██████████████████.

On July 28, 2014, ████ directed additional testing.

On August 5, 2014, Subject exhibited SR to the security topics pertaining to mishandling classified information and unauthorized foreign contacts (he was more responsive to the topic of mishandling classified information). During subsequent testing, Subject again exhibited SR to mishandling classified information.

This matter was referred back to ████████████████████████. No additional polygraph testing is anticipated.

FOR OFFICIAL USE ONLY – PRIVACY ACT DATA