**Branch Frank M GG14 SOCOM USA Civilian**

| | |
|---|---|
| From: | Anderson Mark NMI CIV SOCOM USA Civilian |
| Sent: | Thursday, July 31, 2014 2:17 PM |
| To: | Branch Frank M GG14 SOCOM USA Civilian |
| Cc: | Kendrick William D CIV SOCOM USA Civilian; Danner Ann CIV SOCOM USA Civilian; Grimes Timothy CIV SOCOM USA Civilian; Nilius Shawn M COL SOCOM USA Military |
| Subject: | FW: (U) MORTER, JOHN C-C PCS ORDERS |

Classification: UNCLASSIFIED//FOR OFFICIAL USE ONLY

Frank,

Got this from DIA with five PCS attachments (not included with his e-mail). It was sent to Sam on JIWICS, so I printed off the package and will hand it to him. My question internally and to DIA, what happens if Sam gets through this next poly round? If he favorably completes it all, do we re-visit his status with the DCOM? I expect Sam will ask the question, so we ought to think about it. If he does not favorably complete the poly, will DIA still take him?

DIA Employee Mobility will correspond with Sam via NIPR. He did not return the preliminary PCS paperwork, so DIA is pressing ahead with their process. His report date is 24 August 2014. r/Mark

Mark Anderson
Deputy Director, JICSOC
HQ USSOCOM-J2
813.826.9795
NSTS 471.5130
T-Berg 916.0413
SCAMPI 299.5456

**From:** Rosar Honor A DIA USA CIV [mailto:Honor.A.Rosar@coe.ic.gov]
**Sent:** Wednesday, July 30, 2014 12:51 PM
**To:** Morter John CIV SOCOM USA Civlian
**Cc:** ~DIA PCS; Bouldin Dominique DIA USA CIV; Morris Charlotte S DIA USA CIV; Johnson Angela D DIA USA CIV; Pizarro-Hyman Noemi DIA USA CIV; Sanborn Kelly E DIA USA CIV; Anderson Mark NMI CIV SOCOM USA Civilian
**Subject:** MORTER, JOHN C-C PCS ORDERS

Classification: UNCLASSIFIED
========================================================

Hello,

Please find attached your PCS orders to WASHINGTON, DC . Also attached is another copy of the PCS guide for your reference.

Your travel claim and CONUS allowance claims, e.g., TQSE and miscellaneous expense allowance, should be submit ted to our office for approval.

Now that you have your PCS orders, you can make an appointment with the nearest military Transportation Management Office (TMO) for a briefing and guidance on your household goods shipment.

DIA MORTER 000164

Attached TQSE form will help you keep track of your daily expenses for your TQSE claim. Refer to your PCS booklet with questions and you may contact us any time.

Safe travels and best wishes as you begin your new assignment with DIA.

The link below may also provide useful information pertaining to your upcoming PCS Travel.

https://portal.dodiis.ic.gov/sites/ohr/ohr5/allowances/pcs/Pages/default.aspx


Honor Rosar
Human Resources Specialist, OHR5
Employee Mobility Division
202.231.3916 (O)  ***NEW***
910.1562 (S)  ***NEW***

PCS Portal:
https://portal.dodiis.ic.gov/sites/ohr/ohr5/allowances/pcs/Pages/default.aspx

=========================================================
Classification: UNCLASSIFIED


Classification: UNCLASSIFIED//FOR OFFICIAL USE ONLY