# Florida Hospital Wesley Chapel

2600 Bruce B Downs Boulevard
Wesley Chapel, FL 33544
813-929-5000

## Your Discharge Instructions

**Name:** MORTER, JOHN  **DOB:** 9/10/1960 12:00 AM

**MRN#:** 1049466  **Visit Date:** 8/22/2014 11:50 AM

**Primary Care Provider:**
    **Name:**
    **Phone:**
**Inpatient Care Providers:**
    **Attending Physician:** LAND MD, LARRY LEE

Florida Hospital Wesley Chapel would like to thank you for allowing us to assist you with your healthcare needs.

## Tests Performed:
### General

| Order | Type | Status | Stop Time | Provider |
|---|---|---|---|---|
| Discharge (CPOE) | Admit/Trans/DC - Patient Care | Ordered | 08/22/2014 13:32 | LAVINA PA, JAY PATRICK |
| ECG- | Cardiovascular | InProcess | 08/22/2014 12:01 | LAND MD, LARRY LEE |
| OC AMI QMC | Order Communication | Ordered | 08/22/2014 12:17 | LAVINA PA, JAY PATRICK |
| OC Chest Pain | Order Communication | Completed | 08/22/2014 12:17 | LAVINA PA, JAY PATRICK |
| Cardiac Monitor | Patient Care | Ordered | | LAVINA PA, JAY PATRICK |
| RN Cont Pulse Oximeter | Patient Care | Ordered | | LAVINA PA, JAY PATRICK |

### Laboratory

| Order | Type | Status | Stop Time | Provider |
|---|---|---|---|---|

| Auto Diff | General Lab | Completed | | LAVINA PA, JAY PATRICK |
|---|---|---|---|---|
| BMP | General Lab | Completed | | LAVINA PA, JAY PATRICK |
| CBC/Diff | General Lab | Completed | | LAVINA PA, JAY PATRICK |
| Renal Funct Index | General Lab | Completed | | LAVINA PA, JAY PATRICK |
| Trop T | General Lab | Completed | | LAVINA PA, JAY PATRICK |

## Diagnostic

| Order | Type | Status | Stop Time | Provider |
|---|---|---|---|---|
| XR Chest 2V | Radiology | Completed | | LAVINA PA, JAY PATRICK |

## Your Follow-up Instructions

MORTER, JOHN has been given these follow-up instructions:

| With: | Address: | When: |
|---|---|---|
| RAMON GUERRERO CUETO | 8521 North Armenia Avenue Tampa, FL 33604 (813) 932-0996 Business (1) | Within As needed |

**Comments:**

## Medication Instruction(s)

### New Prescriptions/Changes to Meds

### Prescription(s) Printed/Written and given to Patient

Name MORTER, JOHN

MRN 1049466

If you would like electronic access to your discharge instructions go to http://myaccess.ahss.org

2 of 6

Aug/22/2014 13:35:24

## Acknowledgement Form

MORTER, JOHN has been given the following list of patient education materials and follow-up instructions:

> Patient Education Material(s), appropriate to treatment and follow-up
> Medication Education Material(s), appropriate to treatment and follow-up
> Valuables/Belongings:

I, MORTER, JOHN, understand the treatment I received and also understand that further treatment may be necessary. I have been given a copy of the above instructions and I will arrange for follow-up care as outlined above. If my condition worsens, I will call my doctor or go to the Emergency Department.

_____
Patient Signature

_____/_____
Date          Time

_____
Clinician Signature

_____/_____
Date          Time

Please note: If you had any cultures or x-rays performed during your visit, your final reports will be reviewed. You will be contacted if any further instructions are needed.

Name MORTER, JOHN

MRN 1049466

If you would like electronic access to your discharge instructions go to
http://myaccess.ahss.org
4 of 6

Aug/22/2014 13:35:24

**Detailed Patient Education/Medication Material**
MORTER, JOHN has been given the following patient education materials:
**If you have any question(s), contact your physician**

## PANIC ATTACK

A panic attack is an extreme fear reaction that comes on for no apparent reason. Symptoms may include pounding or racing heartbeat, shortness of breath, dizziness, weakness and sweating. There is usually a fear that something terrible will happen or that you may die. The attack may last a few minutes up to a few hours. Between attacks things will seem quite normal. This condition has a psychological cause and can be treated with the help of a therapist or psychiatrist. Medication is often used and can be very helpful for this problem.

### HOME CARE:
- Try to identify the sources of stress in your life. It may not be obvious! These may include:
  Daily hassles of life which pile up (traffic jams, missed appointments, car troubles, etc.).
  Major life changes, both good (new baby, job promotion) and bad (loss of job, loss of loved one).
  Overload: feeling that you have too many responsibilities and can't take care of everything at once.
  Helplessness: feeling like your problems are too much for you to handle.
- Notice how your body reacts to stress. Learn to listen to your body signals so that you can take action before the stress becomes severe.
- When possible, AVOID or REDUCE THE CAUSE OF STRESS. Avoid hassles, limit the amount of change that is happening in your life at one time or take a break when you feel overloaded.
- Unfortunately, many stressful situations cannot be avoided. Therefore, it is necessary to LEARN HOW TO MANAGE STRESS better. There are many proven methods that work and will reduce your anxiety. These include simple things like exercise, good nutrition and adequate rest. Also, there are certain techniques that are helpful: relaxation and breathing exercises, visualization, biofeedback, meditation or simply taking some time-out to clear your mind. For more information about this, consult your doctor or go to a local bookstore and review the many books and tapes available on this subject.

FOLLOW UP with your doctor or a therapist as advised.

GET PROMPT MEDICAL ATTENTION if any of the following occur:
- Worsening of your symptoms to the point of feeling out-of-control
- A change in the type of pain: if it feels different, becomes more severe, lasts longer, or begins to spread into your shoulder, arm, neck, jaw or back
- Shortness of breath or increased pain with breathing
- Increasing feeling of weakness or dizziness
- Fainting
- Cough with dark colored sputum (phlegm) or blood
- Fever of 100.4°F (38°C) or higher, or as directed by your healthcare provider
Swelling, pain or redness in one leg

© 2000-2012 Krames StayWell, 780 Township Line Road, Yardley, PA 19067. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

| | | |
|---|---|---|
| Name MORTER, JOHN | If you would like electronic access to your discharge instructions go to http://myaccess.ahss.org | |
| MRN 1049466 | 5 of 6 | Aug/22/2014 13:35:24 |