**From:** [(b)(3):10 USC 424]
**To:** [(b)(3):10 USC 424]
**Cc:**
**Subject:** FW: GG-13 John Samual MORTER; CCN 20120210-1063
**Date:** Wednesday, August 13, 2014 1:44:53 PM

CLASSIFICATION: UNCLASSIFIED//~~FOUO/PA~~ DATA

Place this email into the Share Point file for SUBJECT.

v/r,

[(b)(3):10 USC 424]



**From:** [(b)(3):10 USC 424]
**Sent:** Wednesday, August 13, 2014 1:38 PM
**To:** [(b)(3):10 USC 424]
**Cc:**
**Eli:**
**Subject:** GG-13 John Samual MORTER; CCN 20120210-1063

CLASSIFICATION: UNCLASSIFIED//~~FOUO/PA~~ - DATA

Greetings [(b)(3):10 USC 424]

Tried to reach you via Tandberg, without success, to bring you up-to-speed regarding SUBJECT's case.

On 28 July 2014, the DIA Director of Security and Designated Senior Official for DIA's Insider Threat Program (InTP) convened a meeting to evaluate SUBJECT's "Notice to Appeal" the Insider Threat Mitigation Panel (ITMP) recommendation that SUBJECT be reassigned to DIA HQ as part of the Panel's mitigation strategies. After a thorough discussion of the facts and circumstances in this matter, the Director of Security directed following-up actions prior to rendering a final decision. These actions and results are highlighted below:

- SUBJECT returned to DIA HQ TDY and was interviewed by [(b)(3):10 USC 424] on 4 August 2014; no additional information developed.

- On 5 August 2014, SUBJECT submitted to a CSP examination and was unsuccessful in completing the examination; significant response to mishandling classified information and unauthorized foreign contacts.  [(b)(3):50 USC 3024(i)]

- On 12 August 2014, USCENTCOM [—] declined to entertain the option of SUBJECT being assigned to the DIA Academy for Defense Intelligence with physical access to USCENTCOM spaces.

During interview, SUBJECT claimed he had been diagnosed with Anxiety Disorder and Post Traumatic Stress Disorder (PTSD). Coordination with USSOCOM/SSO failed to identify information supporting SUBJECT's claim. Rather USSOCOM/SSO advised SUBJECT was in the process of being assessed by a mental healthcare provider for this possible condition (PTSD). Our staff psychologist has forwarded a medical release form to USSOCOM/SSO to have SUBJECT authorize the mental healthcare provider to consult with our staff psychologist.

According to the diagnostic criteria for PTSD, the person must have "experienced, witnessed, or was confronted with an event or events that involved actual or threatened death or serious injury, or a threat to the physical integrity of self or others" AND "the person's response involved intense fear, helplessness, or horror."

Previously, during SUBJECT's November 2013 interactions with our Staff Psychologist, SUBJECT provided a medical diagnosis of "Adjustment Disorder with Anxiety" from the Behavioral Health Clinic at MacDill AFB. According to our Staff Psychologist, the symptoms of this condition are probably easily attenuated by CSP examination procedures and should not preclude an individual's ability to successfully complete the CSP examination.

At present, we do not anticipate a medical diagnosis that would support a medical deferment from the CSP examination. In any case, the InTP does not have the ability to mitigate the loss of the CSP tool (either by SUBJECT's inability to successfully complete the examination process, or through a medical deferment from the CSP examination process) while SUBJECT is assigned to USSOCOM spaces.

Based on the above, the DIA Director of Security and Designated Senior Official concurred with the recommendation that DIA continue the PSC process to reassign SUBJECT from his present duty assignment with USSOCOM [(b)(3):50 USC 3024(i)] MacDill AFB, FL, to the position with the Academy for Defense Intelligence, DIA HQ.

Please let me know if you have any questions.

Thanks,

[(b)(3):10 USC 424]

CLASSIFICATION: UNCLASSIFIED//FOUO/PA - DATA

CLASSIFICATION: UNCLASSIFIED//FOUO/PA - DATA