Agency responds to Complainant's discovery requests, as set forth below.

## AGENCY'S ANSWERS TO COMPLAINANT'S
## FIRST SET OF INTERROGATORIES

1) Copies of all forms and documents that were sent to The U.S. Department of Labor relating to my Office of Workers' Compensation claim #062346957.

   **ANSWER**:  See Bates Nos.  00001 - 84


2) Copies of official DIA internal policies and written procedures that were developed in accordance with DoDI 5210.91, Enclosure 3, Section 2.g and 2.l.(6) and Enclosure 4, Sections 2.h., 6 and 7.

   **ANSWER**:  See Bates Nos. 000337 – 366.


3) A current list, or an accurate percentage of DIA employees that have been exempted or postponed from PCA testing because of their mental, psychological, or emotional disabilities.

   **ANSWER**:  A total of 43 DIA employees (~0.2%) were temporarily deferred from Counterintelligence Scope Polygraph (CSP) examinations due to psychological or emotional conditions.


4) A copy of the forms, documents, orders, or emails that contain a signature or otherwise identify the highest-ranking official that authorized the following unfavorable administrative actions:

   - The denial or revocation of my access to classified information;
   - The denial or revocation of my Special Access authorization (including SCI);
   - My reassignment to a position of lesser sensitivity or to a non-sensitive position.
   - The refusal to grant me a potential lateral position in the local commuting area (USCENTCOM – as mentioned in the ROI pg. 000339, #27.);

4

- My removal from assignment at USSOCOM – as was termed, "the decision not to retain my services." (ROI pg. 000142).

** These documents are contained in my Personal Security files (both at the HQ USSOCOM's Security Management Office and the Special Security Office). Strict protocol requires signatures of authorizing officials on action of this nature. HQ USSOCOM, Directorate of Intelligence (J2) internal documentation and the contents of the J2X Insider Threat Working Group files will also contain relevant unclassified information about these actions.

**ANSWER**: Any and all documents are attached hereto at Bates Nos. 000085 – 292, 367 – 383 and in ROI.

5) Request an updated set of data that identifies the number of individuals polygraphed by DIA since April 30th, 2011. This data should also identify the result of these examinations by designating the number/or percentile that were classified as No Significant Response (NSR), No Opinion (NO), or Significant Response (SR).

**ANSWER**:

- U//FOUO)  The DIA administered 30,099 polygraph examinations since fiscal year 2011.  (Search did not stratify by specific date listed nor is it delineated by individuals.)

- (U//FOUO) The NSR/NO/SR rates are provided for fiscal years 2011 – 2014.
    - FY2011: 85%/10%/5%
    - FY2012: 84%/11%/5%
    - FY2013: 78%/16%/6%
    - FY2014: 80%/16%/4%
    - FY2015: Not yet available

6) A complete list of DIA employees who have been subjected to unfavorable administrative actions solely as a result of their inability to successfully complete the PCA examination. Indicate which, if any, of these employees were known to have psychological, emotional or mental disabilities.

** Reference list provided by Steven McIntosh (ROI pg. 000337) of 12 DIA employees who he claims were subjected to unfavorable administrative action as a result of not being able to successfully complete the PCA. Is this a complete list, or does it represent only a specific timeframe?

**ANSWER**:   No DIA employee has been subjected to adverse administrative actions solely as a result of their inability to successfully complete a Counterintelligence Scope Polygraph (CSP) examination.

| NAME | ORIGINAL POSITION | NEW POSITION | STATUS |
|---|---|---|---|
| | | | |

5