UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JOHN S. MORTER,

      Plaintiff,

   v.

LLOYD AUSTIN, Secretary, Department of
Defense,

      Defendant.

Civil Action No. 23-0343 (JEB)

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

By and through undersigned counsel, Defendant respectfully moves to extend the deadline to respond to the Complaint in this matter by 28 days—i.e., until November 28, 2023.  Plaintiff has graciously indicated that he neither supports nor opposes the relief sought by this motion.  The grounds for this motion are as follows.

Plaintiff filed this suit on February 3, 2023, and served the U.S. Attorney's Office on or about June 12, 2023.  Plaintiff alleges that the Air Force failed to provide him a reasonable accommodation of granting him a security clearance and maintaining his position in Tampa, Florida.  Defendant filed a motion to dismiss or in the alternative for summary judgment on September 25, 2023.  ECF No. 5.  This Court ordered Plaintiff to respond to the motion on or before October 23, 2023.  ECF No. 6.  The docket indicates that Plaintiff filed the motion for summary judgment and memorandum in opposition to Defendant's motion on October 22, 2023, and the government received electronic service of both on October 24, 2023.  ECF No. 7; ECF No. 8.

Undersigned requires a reasonable period of additional time to discuss this matter with the relevant agency and prepare a reply that will hopefully assist this Court in resolving the disputed

issues in this matter.  Moreover, undersigned counsel for Defendant has been covering a portion of a colleague's cases while she is out on parental leave.  This additional workload has further prevented undersigned from working on this matter.  Accordingly, Defendant requests this extension of time.

Defendant proposes this extension in good faith and not for the purpose of delay.  This is Defendant's first request for an extension of Defendant's reply deadline.  Granting the requested extension will not impact any other deadlines and will serve the interests of justice by affording government counsel a reasonable period of additional time to further discuss this matter with the relevant agency, gather necessary information, and prepare a reply memorandum that will assist this Court in resolving the disputed issues.

WHEREFORE, with Plaintiff's non-opposition, Defendant respectfully requests that the deadline to respond to the Complaint be extended through and including November 28, 2023.  A proposed order is enclosed herewith.

Dated: October 30, 2023
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By: _____/s/ Stephen DeGenaro_____
       STEPHEN DEGENARO
       D.C. Bar #1047116
       Assistant United States Attorney
       601 D Street, NW
       Washington, DC 20530
       (202) 252-7229
       Stephen.DeGenaro@usdoj.gov

*Attorneys for the United States of America*