UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN S. MORTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LLOYD AUSTIN, Secretary, Department of Defense,<br><br>　　　　Defendant. | Civil Action No. 23-0343 (JEB) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's unopposed motion for an extension of time to file a reply in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including November 28, 2023, to file a reply in this action.

SO ORDERED:

_____　　　　　　　　_____
Dated　　　　　　　　　　　　　　　　　　　　　James E. Boasberg
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge