UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN S. MORTER,<br><br>    Plaintiff,<br><br>        v.<br><br>LLOYD J. AUSTIN III,<br><br>    Defendant. | Civil Action No. 23-343 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Defendant's [5] Motion for Summary Judgment is GRANTED;

2. Plaintiff's [7] Motion for Summary Judgment is DENIED; and

3. Judgment is ENTERED in favor of Defendant.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
Chief Judge

Date: February 26, 2024

1