APPEAL,CLOSED,PROSE-NP,TYPE-H

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:23-cv-00343-JEB

| | |
|---|---|
| MORTER v. AUSTIN | Date Filed: 02/03/2023 |
| Assigned to: Chief Judge James E. Boasberg | Date Terminated: 02/26/2024 |
| Case in other court: USCA, 24-05056 | Jury Demand: None |
| Cause: Viol. of the Americans with Disabilities Act of 1990 | Nature of Suit: 442 Civil Rights: Jobs |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

| | | |
|---|---|---|
| JOHN S. MORTER | represented by | JOHN S. MORTER<br>6815 Quail Hollow Blvd.<br>Wesley Chapel, FL 33544<br>(813) 767-8286<br>PRO SE |

V.

**Defendant**

| | | |
|---|---|---|
| LLOYD J. AUSTIN, III<br>*Secretary, Department of Defense* | represented by | Stephen DeGenaro<br>601 D Street NW<br>Washington, DC 20530<br>202-252-7229<br>Email: Stephen.DeGenaro@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2023 | 1 | COMPLAINT against LLOYD J. AUSTIN, III (Filing fee $ 402, receipt number 203967) filed by JOHN S. MORTER. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet) (ztth) (Entered: 02/08/2023) |
| 02/08/2023 | | SUMMONS Not Issued as to LLOYD J. AUSTIN, III. (ztth) (Entered: 02/08/2023) |
| 04/11/2023 | | SUMMONS (3) Issued as to LLOYD J. AUSTIN, III, U.S. Attorney and U.S. Attorney General. (ztth) (Entered: 04/11/2023) |
| 05/30/2023 | | MINUTE ORDER: As Plaintiff has failed to timely file proof of service, the Court ORDERS that he shall do so by June 21, 2023, or the case will be dismissed without prejudice per FRCP 4(m). So ORDERED by Chief Judge James E. Boasberg on 5/30/2023. (lcjeb3) (Entered: 05/30/2023) |
| 05/30/2023 | | Set/Reset Deadlines: Proof of Service due by 6/21/2023. (nbn) (Entered: 05/30/2023) |
| 06/12/2023 | 2 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 6/12/2023., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the United States Attorney. Date of Service Upon United States Attorney |

| | | |
|---|---|---|
| | | on 6/12/2023. ( Answer due for ALL FEDERAL DEFENDANTS by 8/11/2023.), RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. LLOYD J. AUSTIN, III served on 6/9/2023. (ztth) (Entered: 06/13/2023) |
| 08/10/2023 | 3 | NOTICE of Appearance by Stephen DeGenaro on behalf of LLOYD J. AUSTIN, III (DeGenaro, Stephen) (Entered: 08/10/2023) |
| 08/10/2023 | 4 | Unopposed MOTION for Extension of Time to *Respond to the Complaint* by LLOYD J. AUSTIN, III. (Attachments: # 1 Text of Proposed Order)(DeGenaro, Stephen) (Entered: 08/10/2023) |
| 08/10/2023 | | MINUTE ORDER: The Court ORDERS that: 1) The Unopposed 4 Motion for Extension of Time is GRANTED; and 2) Defendant shall file its Answer or otherwise respond to Plaintiff's Complaint by September 25, 2023. So ORDERED by Chief Judge James E. Boasberg on 08/10/2023. (lcjeb3) (Entered: 08/10/2023) |
| 08/10/2023 | | Set/Reset Deadlines: Answer due by 9/25/2023. (nbn) (Entered: 08/15/2023) |
| 09/25/2023 | 5 | MOTION to Dismiss *or, in the alternative*, MOTION for Summary Judgment by LLOYD J. AUSTIN, III. (Attachments: # 1 Memorandum in Support, # 2 Statement of Facts, # 3 Ex. 1 - Position Description, # 4 Ex. 2 - DIA Instruction 1400.008, # 5 Ex. 3 - ITP Policy, # 6 Ex. 4 - ICPG 704.6, # 7 Ex. 5 - Pl. Discovery Responses, # 8 Ex. 6 - DIA Emails, # 9 Ex. 7 - Soo-Tho Report, # 10 Ex. 8 - DIA Agent Report, # 11 Ex. 9 - Magee Letter, # 12 Ex. 10 - Feb. 6, 2014 Letter, # 13 Ex. 11 - May 27, 2014 Letter, # 14 Ex. 12 - May 21, 2014 Letter, # 15 Ex. 13 - McIntosh Interrogatories, # 16 Ex. 14 - June 4, 2014 Letter from Plaintiff, # 17 Ex. 15 - Norton Interrogatories, # 18 Ex. 16 - Notice of Accepted Claims, # 19 Ex. 17 - Magee Report, # 20 Text of Proposed Order, # 21 Certificate of Service)(DeGenaro, Stephen) (Entered: 09/25/2023) |
| 09/25/2023 | 6 | ORDER DIRECTING Plaintiff to respond to Defendant's 5 Motion to Dismiss or for Summary Judgment by October 23, 2023. Signed by Chief Judge James E. Boasberg on 09/25/2023. (lcjeb3) Modified to amend date on 9/27/2023 (nbn). (Entered: 09/25/2023) |
| 09/25/2023 | | Set/Reset Deadlines: Responses due by 10/10/2023. (nbn) (Entered: 09/25/2023) |
| 09/27/2023 | | Set/Reset Deadlines: Response to Motion for Summary Judgment due by 10/23/2023. (nbn) (Entered: 09/27/2023) |
| 10/22/2023 | 7 | MOTION for Summary Judgment by JOHN S. MORTER. (Attachments: # 1 Statement of Facts, # 2 Text of Proposed Order, # 3 Certificate of Service, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 22, # 26 Exhibit 23, # 27 Exhibit 24, # 28 Exhibit 25, # 29 Exhibit 26, # 30 Exhibit 27, # 31 Exhibit 28, # 32 Exhibit 29, # 33 Exhibit 30, # 34 Exhibit 31, # 35 Exhibit 32, # 36 Exhibit 33, # 37 Exhibit 34, # 38 Exhibit 35, # 39 Exhibit 36)(ztth) (Entered: 10/24/2023) |
| 10/22/2023 | 8 | Memorandum in opposition to 5 Motion to Dismiss, Motion for Summary Judgment filed by JOHN S. MORTER. (See Docket Entry 7 to view Document) (ztth) (Entered: 10/24/2023) |
| 10/30/2023 | 9 | Unopposed MOTION for Extension of Time to *File Reply* by LLOYD J. AUSTIN, III. (Attachments: # 1 Text of Proposed Order)(DeGenaro, Stephen) (Entered: 10/30/2023) |
| 10/31/2023 | | MINUTE ORDER: The Court ORDERS that: 1) The Unopposed 9 Motion for Extension of Time is GRANTED; and 2) Defendant shall file its Reply by November |

| | | |
|---|---|---|
| | | 28, 2023. So ORDERED by Chief Judge James E. Boasberg on 10/31/2023. (lcjeb3) (Entered: 10/31/2023) |
| 10/31/2023 | | Set/Reset Deadlines: Replies due by 11/28/2023. (znbn) (Entered: 10/31/2023) |
| 11/28/2023 | 10 | REPLY to opposition to motion re 5 MOTION to Dismiss *or, in the alternative* MOTION for Summary Judgment filed by LLOYD J. AUSTIN, III. (Attachments: # 1 Ex. A - Department Instruction 5210.91)(DeGenaro, Stephen) (Entered: 11/28/2023) |
| 11/28/2023 | 11 | Memorandum in opposition to re 7 Motion for Summary Judgment,,, filed by LLOYD J. AUSTIN, III. (Attachments: # 1 Ex. A - Department Instruction 5210.91)(DeGenaro, Stephen) (Entered: 11/28/2023) |
| 02/26/2024 | 12 | ORDER: For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that: 1) Defendant's 5 Motion for Summary Judgment is GRANTED; 2) Plaintiff's 7 Motion for Summary Judgment is DENIED; and 3) Judgment is ENTERED in favor of Defendant. Signed by Chief Judge James E. Boasberg on 2/26/2024. (lcjeb2) (Entered: 02/26/2024) |
| 02/26/2024 | 13 | MEMORANDUM OPINION re 12 Order on Motions for Summary Judgment. Signed by Chief Judge James E. Boasberg on 2/26/2024. (lcjeb2) (Entered: 02/26/2024) |
| 03/18/2024 | 14 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 13 Memorandum & Opinion, 12 Order on Motion to Dismiss, Order on Motion for Summary Judgment, by JOHN S. MORTER. Fee Status: No Fee Paid. Parties have been notified. (zjm) (Entered: 03/19/2024) |
| 03/19/2024 | 15 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 14 Notice of Appeal to DC Circuit Court. (zjm) (Entered: 03/19/2024) |
| 03/19/2024 | | USCA Case Number 24-5056 for 14 Notice of Appeal to DC Circuit Court filed by JOHN S. MORTER. (znmw) (Entered: 03/19/2024) |
| 04/02/2024 | | USCA Appeal Fees received $ 605 receipt number 207014 re 14 Notice of Appeal to DC Circuit Court filed by JOHN S. MORTER (zjm) (Entered: 04/03/2024) |